Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam**
DEPUTY CLERK **A. Caffrey**    RPTR/ECRO/TAPE **FTR - CR4**
USPO **Courtney Miller**    INTERPRETER

TOTAL TIME: ___ hours **26** minutes
DATE: **9/4/2018**    START TIME: **10:58AM**    END TIME: **11:24AM**

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR    ☐ BOND HRG    ☐ CHANGE OF PLEA    ☐ IN CAMERA HRG
- ☐ IA- RULE 5    ☒ DETENTION HRG    ☐ WAIVER/PLEA HRG    ☐ COMPETENCY HRG
- ☒ ARRAIGNMENT    ☐ PROBABLE CAUSE    ☐ EXTRADITION HRG    ☐ FORFEITURE
- ☐ CONFLICT HRG    ☐ EVIDENTIARY HRG    ☐ STATUS CONF    ☐ MOTION HRG

CRIMINAL NO. **3:18-cr-00048-VAB**    DEFT # **3**

**John Trowbridge Pierpont**
AUSA

**UNITED STATES OF AMERICA**
vs
**Maria Matthews**

**Brian Spears**
Counsel for Defendant Ret ☒ CJA  ☐ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☒ ...... ☒ Arrest Date (CT Case): **9/4/2018**    ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney ___ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of ___ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ___ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ...... Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) **21** of the **Superseding Indictment**
- ☐ ...... Petition to Enter Guilty Plea filed            (indict, superseding indict, info)
- ☐ ...... Defendant motions due ___ ; Government responses due ___
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ___ at ___
- ☒ ...... Jury Selection set for **November 5, 2018** at **9:00AM**
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ___ at ___ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $___ on count(s) ___ . Total $ ___ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ___
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☒ set at $ **100,000.00** ☐ reduced to $ ___ ☒ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... ___ Hearing ☐ waived ☐ set for ___ ☐ continued until ___
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☒ ..... Deft ☒ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.
            to counsel

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Deft ____ Motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Deft ____ Motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Govt Motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Govt Motion | _____ | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |

Notes: