UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:18-CR-48 (VAB) |
| | : | |
| v. | : | |
| | : | |
| MARIA MATTHEWS | : | |
| | : | |
| Defendant | : | SEPTEMBER 4, 2018 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant MARIA MATTHEWS.  I certify that I am admitted to practice in this Court.

          DEFENDANT
          MARIA MATTHEWS

          By: /s/ Janna D. Eastwood

          Janna D. Eastwood
          Federal Bar No. ct26522
          SPEARS MANNING LLC
          2425 Post Road, Suite 203
          Southport, CT  06890
          Telephone:  (203) 292-9766
          Facsimile:  (203) 292-9682
          Email:  jeastwood@spearsmanning.com

## CERTIFICATION

I hereby certify that on September 4, 2018, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Janna D. Eastwood

Janna D. Eastwood
Federal Bar No. ct26522
SPEARS MANNING LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:  (203) 292-9766
Facsimile:  (203) 292-9682
Email:  jeastwood@spearsmanning.com