





INDC_0000034





