

RE: LIU CHANGYUE I SARCPH004_158

## ACCEPTANCE CONFIRMATION

We are pleased to inform you that you have been accepted into the EB5 Investment Immigration program. In accordance with requirements governed by the USCIS (United States Citizens and Immigration Service) you have been approved as an Accredited Investor and accepted as a petitioner within the program by SOUTH ATLANTIC REGIONAL CENTER, LLC, a Federally Approved Regional Center located in South Florida.

Specifically the investment is known as PALM HOUSE HOTEL.

Attached, herewith, please find the Signatory Sheets which confirm your acceptance into the program. You will also find a confirmation of receipt of your funds.

We warmly congratulate you. Our dedicated staff is here to help you at each step of this process.

When sending or requesting information you have been assigned a Petitioner Number.

**PETITIONER NUMBER: SARCPH004_158**

Please use this number when corresponding.

Joseph J. Walsh
Managing Director
South Atlantic Regional Center, LLC



**SOUTH ATLANTIC REGIONAL CENTER, LLC.**
197 S. FEDERAL HIGHWAY, STE 200
BOCA RATON, FL 33432 USA

561.282.6102 TEL
877.309.7287 FAX
INFO@SARCEB5.COM

# INVOICE

DATE 10/31/2014
INVOICE # PH004-158
REMARKS

| Customer Name: | LIU Changyue |
| Address: | |
| ID: | |
| Reference #: | PH004-158 |

| No. | Description | Amount in USD's |
|---|---|---|
| SARC PH004-158 | Palm House Hotel, LLLP Investment | $500,000 |
| | Escrow Account | $500,000 |
| | Admin Fee | $40,000 |
| | Wire PAID | $40,000 |
| TOTAL | | 0 |

In words:

**Notes**
**Bank information for payment of Managements fees:**
BENEFICIARY : South Atlantic Regional Center, LLC.
197 S. Federal Highway STE 200, Boca Raton, FL 33432 , USA
Beneficiary Account Numbers:
ACCOUNT NAME: South Atlantic Regional Center, LLC.

**Bank information for payment to Escrow Account: $500,000 USD**
Receiving Bank: PNC Bank
9875 Jog Road, Boynton Beach, FL 33437 USA

Palm House Hotel, LLLP Escrow Account

Escrow Bank: PNC Bank
LLLP: Palm House Hotel, LLLP
Subscriber Representative: South Atlantic Regional Center, LLC

⊙ PNC

Current Day Transaction Detail Report

### Account: 1205087626 - SARC - Escrow Account - USD

**Credits**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $500,024.00 | 141030006998 | $500,024.00 | $0.00 | $0.00 |

FED WIRE IN 006998 ORIGINATOR:LIU CHANGYUE ▮▮▮▮▮▮▮▮▮▮ 1358 SND BNK:WELLS FARGO NY INTL ▮▮▮▮▮▮ BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTER LLC ▮▮▮ ORG BEN INFO:PALM HOUSE HOTEL LLLP ESCROW ▮▮▮ ACCOUNT TRN:▮▮▮ FED REF/TIME:001266 /07:52:37 DATE:10-30-14 POST TIME:07:52:51

| $40,024.00 | 141031008732 | $40,024.00 | $0.00 | $0.00 |

FED WIRE IN 008732 ORIGINATOR:LIU CHANGYUE ▮▮▮▮▮▮▮▮▮▮ 1358 SND BNK:WELLS FARGO NY INTL ▮▮▮▮▮▮ BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTER LLC ▮▮▮ TRN:▮▮▮ FED REF/TIME:000571 /07:57:28 DATE:10-31-14 POST TIME:07:57:34

Approved Signature

EB5_INV_000038

# Previous Day Summary and Detail Report - SARC ESCROW

**Ⓒ PNC**

Previous Business Month: October 01, 2014 to October 31, 2014

11/03/2014 05:41:08 AM

| PNC, SOUTHEAST | | 267084199 USD | |
|---|---|---|---|
| SARC - Escrow Account | | | As of Date: October 30, 2014 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $4,870,679.41 | Opening Available | $4,870,679.41 |
| Closing Available | $4,870,679.41 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $500,024.00 1 Item(s) | | |
| Total Debits | $0.00 0 Item(s) | | |

## Credit Summary

Wire Transfer In          $500,024.00 1 Item(s)

### Credits

**Wire Transfer In**

**Money Transfer CR-Wire**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---:|---|---:|---:|---:|
| | Reference Detail | | | |
| $500,024.00 | 141030006998 | $500,024.00 | $0.00 | $0.00 |
| | FED WIRE IN 006998 ORIGINATOR:LIU CHANGYUE ▮▮▮ 1358 WELLS FARGO NY INTL ▮▮▮ BENEFICIARY:SOUTH ATLANTIC REGIONAL CENTERLLC ▮▮▮ PALM HOUSE HOTEL LLLP ESCROW▮ ACCOUNT TRN:▮▮▮ FEDREF:01266 DATE:141030TIME:0752 | | | |
| $500,024.00 | Money Transfer CR-Wire Total | $500,024.00 | $0.00 | $0.00 |
| $500,024.00 | Wire Transfer In Total | | | |
| $500,024.00 | Credit Transactions Total | | | |

### Debits

No debit data to report.

SARC-DS_002852_1STRFP

EB5_INV_000039