

HIG_000002

## EXECUTIVE SUMMARY
### Palm House Hotel Investment Memorandum

160 Royal Palm, LLC (160RP) is offering a select investor the opportunity to provide financing for the Palm House Residences & Hotel located on the island of Palm Beach, Florida..

160RP is seeking $108,350,000 which will be used to retire the current 1st and 2nd mortgages on the property, pay city fees, complete construction, furnish and equip the property, and open the hotel for business.

The residences at the Palm House will be sold as condo-hotel units and are expected to generate $235,000,000 in sales.  Residences will be placed in a hotel rental program and will be managed by an internationally acclaimed luxury boutique hotel operator.

The Palm House Hotel operations are estimated to yield $6.2 million in EBITDA in Year 1, with a projected $11.2 million EBITDA in Year 5.  HVS recently prepared an appraisal of the hotel operations which indicated that the projected stabilized operations may be valued at $83.2 million.

Floor plans of the Palm House, a five year proforma for hotel operations, and a discussion of the facilities being built at Palm House are shown on the following pages.



## PALM HOUSE HOTEL - PALM BEACH, FLORIDA
### Use of Funds

| | |
|---|---:|
| Payoff 1st Mortgage Loan & City Fine | $ 29,400,000 |
| Payoff 2nd Mortgage Loan | 36,500,000 |
| Construction Contractor | 15,881,000 |
| FF&E | 6,350,000 |
| OS&E | 2,415,000 |
| Oustanding Payables | 2,604,000 |
| Interest Reserve | 6,500,000 |
| Sponsor Administration | 2,200,000 |
| PreOpening Expenses - Hotel & Residential | 3,000,000 |
| Public Relations and Marketing | 1,000,000 |
| Working Capital | 2,500,000 |
| **Total** | **$ 108,350,000** |

HIG_000004



October 3, 2014

Mr. Chris Correa
Credit Manager
Professional Bank
396 Alhambra Circle
Coral Gables, Florida 33134

HVS MIAMI

8925 SW 148th Street, Suite 216
Miami, Florida, 33176
+1 (305) 378-0404
+1 (305) 378-4484 FAX
www.hvs.com

Atlanta
Boston
Boulder
Chicago
Dallas
Denver
Houston
Las Vegas
Los Angeles
Mexico City
Miami
Minneapolis
New Orleans
New York
Newport
Philadelphia
San Francisco
St. Louis
Toronto
Vancouver
Washington
Athens
Bahamas
Bangkok
Beijing
Buenos Aires
Dubai
Guangzhou
Hong Kong
Jakarta
London
Milan
New Delhi
Sao Paulo
Shanghai
Singapore

Superior results through unrivaled
hospitality intelligence. Everywhere.

Re:   The Palm House, a condominium-hotel
      Palm Beach, Florida
      HVS Reference:  2014 06 0109

Dear Mr. Correa:

Pursuant to your request, we herewith submit our appraisal report pertaining to the above-captioned condominium-hotel, which is currently undergoing a complete renovation in order to be repositioned as an ultra-luxury resort. We have inspected the real estate and analyzed the competitive market conditions for luxury and ultra-luxury hotels and resorts within the Miami-Dade, Broward, and Palm Beach counties.  Our report was prepared in accordance with, and is subject to, the requirements of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) and the Uniform Standards of Professional Appraisal Practice (USPAP), as provided by the Appraisal Foundation.

Based on our analysis, it is our opinion that the prospective market values of the developer's position in The Palm House condominium-hotel as of the assumed date of completion and assumed 100.0% sell-out, May 1, 2015, will be as follows:

| Property Value Component Represented | May 1, 2015 'As Complete' | Allocation |
|---|---|---|
| Real Property | $39,217,500 | 52.5% |
| Personal Property | 35,482,500 | 47.5% |
| **Totals** | **$74,700,000** | **100.0%** |

The **real property allocation** presented above represents the value that has been attributed to the 'commercial units' within the property, as defined by the Master Declaration of Covenants, Restrictions, and Easements for The Palm House, which is currently in draft form and presented within the addenda of this report.  In this particular draft, 'Commercial Unit' is defined as those units that are used for commercial purposes and which are designated by Declarant or Hotel Unit Owner with a "C" for Commercial Unit on the survey and plot plan of any condominium within the Properties; the survey and plot plan are also still in draft form. However, Section 4 of this report entitled "Description of the Proposed Project" provides further details on what we have assumed to comprise the commercial units.  The **personal property allocation** presented above represents the value attributable to the income that will be generated by the rental program agreements that we have assumed to be held by the 'Resort Owner' (identified as 160 Royal Palm, LLC in the draft of the rental program agreement as presented in the addenda) relative to the 78 third-party owned condominium-hotel units that have been assumed to participate in the mandatory rental program.



Furthermore, based on our analysis, it is our opinion that the prospective market values of the developer's position in The Palm House condominium-hotel as of the assumed date of stabilization, May 1, 2018, will be as follows:

| Property Value Component Represented | May 1, 2018 'As Stabilized' | Allocation |
|---|---|---|
| Real Property | $43,680,000 | 52.5% |
| Personal Property | 39,520,000 | 47.5% |
| **Totals** | **$83,200,000** | **100.0%** |

We have made an assumption of a hypothetical condition in our report, which assumes that 100.0% of the 78 units that are currently being renovated are sold and closed by May 1, 2015 and that 100.0% of this inventory will participate in the rental program. The analysis is also based on the extraordinary assumption that the described improvements have been completed as of the prospective "when complete" date of value, May 1, 2015. The reader should understand that the completed subject property does not yet, in fact, exist as of the date of appraisal. Our appraisal does not address unforeseeable events that could alter the repositioning project and/or the market conditions reflected in the analyses; we assume that no significant changes, other than those anticipated and explained in this report, will take place between the date of this report and the date of prospective value. The use of this extraordinary assumption may have affected the assignment results. Several important general assumptions have been made that apply to this appraisal and our valuations of hotels in general. These aspects are set forth in the Assumptions and Limiting Conditions chapter of this report.

We hereby certify that we have no undisclosed interest in the property, and our employment and compensation are not contingent upon our findings. This study is subject to the comments made throughout this report and to all assumptions and limiting conditions set forth herein.

Sincerely,
 CHR Consulting Services, Inc.

John P. Lancet, MAI
Director/Partner
jlancet@hvs.com, +1 (305) 378-0404 ext. 1014
State-certified general real estate appraiser RZ2554






HIG_000007

# EXECUTIVE SUMMARY
## Palm House Hotel Investment Memorandum

**Palm House Residences & Hotel** will be fully developed into a 78-key ultra luxury boutique hotel and will also include a multi-level restaurant operated by Le Cirque, ample dedicated function space, a rejuvenating spa and salon, a private pool courtyard with cabanas, and a rooftop terrace with views looking over Palm Beach and out to the ocean. Select investors will be given the opportunity to purchase the 78 hotel units and have them professionally managed by the hotel operator when the owner is not in residence.

The Property's location in Palm Beach benefits from having one of the highest concentrations of wealth in the world, making real estate ownership on the island extremely attractive. Given the degree of disposable income of Palm Beach residents and visitors, the Property has the potential to deliver significant additional income from the Food & Beverage operations, Spa, Salon, and Premiere Guest Services. The Property is also ideally located on Royal Palm Way, only half a block from the ocean and less than five blocks from Worth Avenue, which is one of the world's most recognized luxury retail areas.



HIG_000008





FIRST LEVEL FLOOR PLAN



SECOND LEVEL FLOOR PLAN



THIRD LEVEL FLOOR PLAN
Scale: 1/8"=1'-0"

HIG_000012

# EXECUTIVE SUMMARY
Palm House Hotel Investment Memorandum

**The Palm House Residences & Hotel** feature interiors by world-renowned hospitality design firm **Hirsch Bedner Associates (HBA)** who specialize in creating innovative, comfortable spaces, infused with the utmost in luxury.  The designs for The Palm House were naturally inspired by the rich history of the island of Palm Beach interpreted through clean and contemporary lines throughout the property.

The marketing and sales of the residences will be performed by a professional brokerage firm with national and international reach – **Venegas International Group.**  Sales of $235 million are projected to be achieved.







HIG_000013

# PALM HOUSE PRICE GRID

| 1ST FLOOR | | | | | | |
|---|---|---|---|---|---|---|
| Unit | Type | SQFT | Price | $/SQFT | Lock Out | Exposure |
| 101 | Studio | 476 | $2,150,000 | $4,517 | | SE |
| 102 | Studio | 486 | $1,950,000 | $4,012 | | NE |
| 103 | 1 Bed | 693 | $3,575,000 | $5,159 | | SE |
| 104 | Studio | 486 | $1,950,000 | $4,012 | | NE |
| 105 | 1 Bed | 767 | $3,700,000 | $4,824 | | SE |
| 106 | Studio | 486 | $1,950,000 | $4,012 | | NE |
| 107 | Studio | 486 | $2,150,000 | $4,424 | | SE |
| 108 | Studio | 486 | $1,950,000 | $4,012 | | NE |
| 109 | Studio | 486 | $2,150,000 | $4,424 | | SE |
| 110 | 2 Bed | 975 | $4,800,000 | $4,923 | | NE |
| 111 | 1 Bed | 847 | $4,400,000 | $5,195 | | SE |
| 112 | 2 Bed | 965 | $4,800,000 | $4,974 | | NE |
| 121 | Studio | 414 | $2,150,000 | $5,193 | | E |
| 122 | Studio | 381 | $1,600,000 | $4,199 | | W |
| 123 | 1 Bed | 797 | $4,350,000 | $5,458 | | E |
| 124 | ADA Studio | 374 | $1,650,000 | $4,412 | 126 | W |
| 125 | Studio | 399 | $2,150,000 | $5,388 | | E |
| 126 | Studio | 374 | $1,750,000 | $4,679 | 124 | W |
| 127 | Studio | 399 | $2,150,000 | $5,388 | | E |
| 128 | Studio | 374 | $1,750,000 | $4,679 | 130 | W |
| 129 | 1 Bed | 797 | $4,350,000 | $5,458 | | E |
| 130 | Studio | 374 | $1,750,000 | $4,679 | 128 | W |
| 132 | Studio | 374 | $1,700,000 | $4,545 | | W |
| 134 | 1 Bed | 748 | $3,600,000 | $4,813 | | W |
| 136 | Studio | 374 | $1,700,000 | $4,545 | | W |
| 138 | Studio | 374 | $1,700,000 | $4,545 | | W |
| Total/Avg | | 14,192 | $67,875,000 | $4,783 | | |

HIG_000014

# PALM HOUSE PRICE GRID

| 2ND FLOOR | | | | | | |
|---|---|---|---|---|---|---|
| Unit | Type | SQFT | Price | $/SQFT | Lock Out | Exposure |
| 201 | 1 Bed | 578 | $2,950,000 | $5,104 | | NE |
| 202 | 1 Bed | 591 | $2,400,000 | $4,061 | | SE |
| 203 | Studio | 486 | $2,400,000 | $4,938 | | SE |
| 204 | Studio | 486 | $2,450,000 | $5,041 | | NE |
| 205 | 1 Bed | 731 | $3,800,000 | $5,198 | | SE |
| 206 | Studio | 486 | $2,450,000 | $5,041 | | NE |
| 207 | 1 Bed | 728 | $3,720,000 | $5,110 | | SE |
| 208 | Studio | 486 | $2,450,000 | $5,041 | | NE |
| 209 | 1 Bed | 973 | $4,900,000 | $5,036 | | SE |
| 210 | Studio | 486 | $2,450,000 | $5,041 | | NE |
| 211 | 1 Bed | 840 | $4,600,000 | $5,476 | | SE |
| 212 | Studio | 486 | $2,450,000 | $5,041 | | NE |
| 214 | 2 Bed | 965 | $4,900,000 | $5,078 | | NE |
| 221 | 1 Bed | 810 | $4,150,000 | $5,123 | | E |
| 222 | ADA Studio | 381 | $1,750,000 | $4,593 | | W |
| 223 | 1 Bed | 797 | $4,450,000 | $5,583 | | E |
| 224 | ADA Studio | 374 | $1,800,000 | $4,813 | 226 | W |
| 225 | Studio | 406 | $2,300,000 | $5,665 | | E |
| 226 | Studio | 374 | $2,100,000 | $5,615 | 224 | W |
| 227 | Studio | 404 | $2,300,000 | $5,693 | | E |
| 228 | Studio | 374 | $2,100,000 | $5,615 | 230 | W |
| 229 | 1 Bed | 793 | $4,450,000 | $5,612 | | E |
| 230 | Studio | 374 | $2,100,000 | $5,615 | 228 | W |
| 232 | Studio | 374 | $2,000,000 | $5,348 | | W |
| 234 | 1 Bed | 748 | $3,800,000 | $5,080 | | W |
| 236 | Studio | 374 | $2,000,000 | $5,348 | | W |
| 238 | Studio | 381 | $2,000,000 | $5,249 | | W |
| Total/Avg | | 15,286 | $79,220,000 | $5,183 | | |

HIG_000015

# PALM HOUSE PRICE GRID

| Unit | Type | SQFT | Price | $/SQFT | Lock Out | Exposure |
|------|------|------|-------|--------|----------|----------|
| **3RD FLOOR** | | | | | | |
| PH 301/303 | 2 Bed | 2,390 | $14,900,000 | $6,234 | | SE |
| PH 305/307 | 3 Bed | 2,779 | $19,000,000 | $6,837 | | SE |
| 302 | 1 Bed | 711 | $3,900,000 | $5,485 | | NE |
| 304 | 1 Bed | 842 | $4,600,000 | $5,463 | | NE |
| 306 | 1 Bed | 841 | $4,650,000 | $5,529 | | NE |
| 321 | 1 Bed | 802 | $4,500,000 | $5,611 | | E |
| 322 | Studio | 381 | $2,250,000 | $5,906 | | W |
| 323 | 1 Bed | 797 | $4,500,000 | $5,646 | | E |
| 324 | Studio | 374 | $2,300,000 | $6,150 | 326 | W |
| 325 | 1 Bed | 816 | $4,600,000 | $5,637 | | E |
| 326 | Studio | 374 | $2,300,000 | $6,150 | 324 | W |
| 327 | 1 Bed | 799 | $4,550,000 | $5,695 | | E |
| 328 | Studio | 374 | $2,300,000 | $6,150 | 330 | W |
| 330 | Studio | 374 | $2,300,000 | $6,150 | 328 | W |
| 332 | Studio | 374 | $2,250,000 | $6,016 | | W |
| 334 | 1 Bed | 748 | $4,000,000 | $5,348 | | W |
| 336 | Studio | 374 | $2,250,000 | $6,016 | | W |
| 338 | Studio | 381 | $2,250,000 | $5,906 | | W |
| Total/Avg | | 14,531 | $87,400,000 | $6,015 | | |

| Grand Total: | SQFT | Dollar Value | Avg $/SQFT |
|--------------|------|--------------|------------|
| 1st Floor | 14,192 | $67,875,000 | $4,783 |
| 2nd Floor | 15,286 | $79,220,000 | $5,183 |
| 3rd Floor | 14,531 | $87,400,000 | $6,015 |
| Total | 44,009 | $234,495,000 | $5,328 |

HIG_000016



ARTIST RENDERING

# EXECUTIVE SUMMARY
### Palm House Hotel Investment Memorandum

Exceptional management of The Palm House Residences & Hotel is assured with the distinguished leadership of **CampbellGray Hotels** who specialize in creating and operating highly individual hotels. Its goal has always been to achieve the very highest standards, become the market leader in its destinations, and achieve commercial success. Gordon Campbell Gray is personally involved in every aspect of the creation, philosophy and concept of each hotel.  A significant differentiator of the company is that it has built up, over the years, a very close relationship with the world's press. The editors of most of the world's leading publications are known personally to Gordon Campbell Gray and his team, and they are always extremely keen to cover all aspects of the company's activities. CampbellGray Hotels are members of Leading Hotels of the World and have built up an extensive global guest database and history with its strong repeat clientele.





HIG_000018

**Palm House Condo Hotel - Palm Beach, Florida**
**Proforma Income Statements**
**Assumptions / Inputs**

| | Basis | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Room Revenue Drivers** | | | | | | |
| Number of Total Keys | 78 | | | | | |
| Total Available Room Nights | 365 | 28,470 | 28,470 | 28,470 | 28,470 | 28,470 |
| Condo Hotel Projected Occupancy % PH 1 | | 63.0% | 67.0% | 71.0% | 75.0% | 78.0% |
| Total Projected Occupied Room Niights (ORN) | | 17,936 | 19,075 | 20,214 | 21,353 | 22,207 |
| **Total Projected Occupancy %** | | **63.0%** | **67.0%** | **71.0%** | **75.0%** | **78.0%** |
| Condo Hotel Projected Average Daily Rate PH 1 | $ | 735.00 | $ 775.43 | $ 818.07 | $ 858.98 | $ 893.34 |
| Total Projected Room Revenue | $ | 13,183,034 | $ 14,791,154 | $ 16,536,290 | $ 18,341,307 | $ 19,837,958 |
| **Total Projected Average Daily Rate (ADR)** | **$** | **735.00** | **$ 775.43** | **$ 818.07** | **$ 858.98** | **$ 893.34** |
| Total Proj.Revenue Per Available Room (RevPAR) | | $463.05 | $519.53 | $580.83 | $644.23 | $696.80 |
| Projected Total RevPAR Growth | | NA | 12.20% | 11.80% | 10.92% | 8.16% |
| **Revenue** | | | | | | |
| Rooms | ADR   Annual % Chg | NA | 5.50% | 5.50% | 5.00% | 4.00% |
| Food & Beverage | LC projection | $ 500.00 | $ 525.00 | $ 535.00 | $ 545.00 | $ 550.00 |
| Spa / Salon / Fitness Center | POR | $ 100.00 | $ 105.50 | $ 111.30 | $ 116.87 | $ 121.54 |
| Other Income (Retail,Telcom,Rental) | POR | $ 40.00 | $ 42.20 | $ 44.52 | $ 46.75 | $ 48.62 |
| **Departmental Expenses** | | | | | | |
| Rooms | POR | $ 75.00 | $ 76.88 | $ 78.80 | $ 80.77 | $ 82.79 |
| Food & Beverage | LC projection | 82% | 77% | 76% | 75% | 75% |
| Spa / Salon / Fitness Center | % of Spa Rev | 65% | 63% | 61% | 64% | 66% |
| Other Income (Retail,Telcom,Rental) | % of Other Inc | 50% | 47% | 45% | 44% | 43% |
| **Undistributed Operating Expenses** | | | | | | |
| Administration & General | PAR | $ 35.00 | $ 36.58 | $ 38.22 | $ 39.94 | $ 41.74 |
| Sales & Marketing | PAR | $ 25.00 | $ 26.13 | $ 27.30 | $ 28.53 | $ 29.81 |
| Energy Costs / Utilities | POR | $ 20.00 | $ 20.90 | $ 21.84 | $ 22.82 | $ 23.85 |
| Maintenance | PAR | $ 20.00 | $ 20.90 | $ 21.84 | $ 22.82 | $ 23.85 |
| **Management Fee & Condo Owners Net Rev Share** | | | | | | |
| Base & Incentive Management Fees | % of Total Rev | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| Condo Owners Net Revenue Share | 30% of Condo Rev | $ 3,954,910 | $ 4,437,346 | $ 4,960,887 | $ 5,502,392 | $ 5,951,387 |
| **Other Deductions** | | | | | | |
| Property Tax Exp | PAR | $ 3.00 | $ 3.12 | $ 3.24 | $ 3.37 | $ 3.51 |
| Insurance Exp | PAR | $ 4.00 | $ 4.20 | $ 4.41 | $ 4.63 | $ 4.86 |
| Reserve for Replacement | % of Total Rev | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% |
| Condo Owner Net Revenue Share per unit | | $ 50,704 | $ 56,889 | $ 63,601 | $ 70,543 | $ 76,300 |
| Condo Units Participating in Rental Program | | 78 | 78 | 78 | 78 | 78 |

HIG_000019

## Palm House Condo Hotel - Palm Beach, Florida
## Proforma Income Statements

| 78 Keys (Rooms)  Phase 1 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Operating Statistics** | | | | | |
| Available Room Nights (ARN) | 28,470 | 28,470 | 28,470 | 28,470 | 28,470 |
| Occupied Room Nights (ORN) | 17,936 | 19,075 | 20,214 | 21,353 | 22,207 |
| **Occupancy %** | **63.0%** | **67.0%** | **71.0%** | **75.0%** | **78.0%** |
| **Average Daily Rate (ADR)** | **$735.00** | **$775.43** | **$818.07** | **$858.98** | **$893.34** |
| Revenue Per Available Room (RevPAR) | $463.05 | $519.53 | $580.83 | $644.23 | $696.80 |
| RevPAR Growth | NA | 12.20% | 11.80% | 10.92% | 8.16% |
| | | | | | |
| **Revenue** | | | | | |
| Rooms | $ 13,183,034 | $ 14,791,154 | $ 16,536,290 | $ 18,341,307 | $ 19,837,958 |
| Food & Beverage | 8,968,050 | 10,014,323 | 10,814,330 | 11,637,113 | 12,213,630 |
| Spa / Salon / Fitness Center | 1,793,610 | 2,012,402 | 2,249,835 | 2,495,416 | 2,699,042 |
| Other Income (Retail, Telcom, Event Space Rental ) | 717,444 | 804,961 | 899,934 | 998,166 | 1,079,617 |
| **Total Revenue** | **24,662,138** | **27,622,840** | **30,500,389** | **33,472,002** | **35,830,247** |
| Total Revenue Growth | NA | 12.01% | 10.42% | 9.74% | 7.05% |
| | | | | | |
| **Departmental Expenses** | | | | | |
| Rooms | 1,345,208 | 1,466,383 | 1,592,776 | 1,724,573 | 1,838,395 |
| Food & Beverage | 7,389,673 | 7,751,086 | 8,181,040 | 8,704,560 | 9,135,795 |
| Spa / Salon / Fitness Center | 1,165,847 | 1,267,813 | 1,372,400 | 1,597,066 | 1,781,368 |
| Other Income (Retail, Telcom, Event Space Rental ) | 358,722 | 378,332 | 404,970 | 439,193 | 464,235 |
| **Total Departmental Expenses** | **10,259,449** | **10,863,613** | **11,551,187** | **12,465,393** | **13,219,793** |
| Departmental Expense Ratio | 42% | 39% | 38% | 37% | 37% |
| | | | | | |
| **Undistributed Operating Expenses** | | | | | |
| Administration & General | 996,450 | 1,041,290 | 1,088,148 | 1,137,115 | 1,188,285 |
| Sales & Marketing | 711,750 | 743,779 | 777,249 | 812,225 | 848,775 |
| Energy Costs / Utilities | 358,722 | 398,665 | 441,477 | 487,335 | 529,636 |
| Maintenance | 569,400 | 595,023 | 621,799 | 649,780 | 679,020 |
| **Total Undistributed Operating Expenses** | **2,636,322** | **2,778,757** | **2,928,673** | **3,086,455** | **3,245,716** |
| Total Undistributed Operating Expenses Growth | NA | 5.40% | 5.40% | 5.39% | 5.16% |
| | | | | | |
| **Gross Operating Profit** | **11,766,366** | **13,980,469** | **16,020,529** | **17,920,155** | **19,364,738** |
| Gross Operating Profit Margin | 48% | 51% | 53% | 54% | 54% |
| | | | | | |
| **Management Fee & Condo Owner Net Revenue Share** | | | | | |
| Base & Incentive Management Fees | 739,864 | 828,685 | 915,012 | 1,004,160 | 1,074,907 |
| Condo Owner Net Revenue Share | 3,954,910 | 4,437,346 | 4,960,887 | 5,502,392 | 5,951,387 |
| **Total Management Fees & Condo Owner Share** | **4,694,774** | **5,266,031** | **5,875,899** | **6,506,552** | **7,026,295** |
| Total Management Fees Growth | NA | 12.17% | 11.58% | 10.73% | 7.99% |
| | | | | | |
| **Other Deductions** | | | | | |
| Property Taxes | 85,410 | 88,826 | 92,379 | 96,075 | 99,918 |
| Insurance Expense | 113,880 | 119,574 | 125,553 | 131,830 | 138,422 |
| **Total Other Deductions** | **199,290** | **208,400** | **217,932** | **227,905** | **238,339** |
| Total Other Deductions Growth | NA | 4.57% | 4.57% | 4.58% | 4.58% |
| | | | | | |
| **Net Operating Profit** | **6,872,302** | **8,506,037** | **9,926,698** | **11,185,697** | **12,100,103** |
| Net Operating Profit Margin | 28% | 31% | 33% | 33% | 34% |
| | | | | | |
| **Reserve for Replacement** | **616,553** | **690,571** | **762,510** | **836,800** | **895,756** |
| | | | | | |
| **Projected EBITDA / NOI** | **$ 6,255,749** | **$ 7,815,466** | **$ 9,164,188** | **$ 10,348,897** | **$ 11,204,347** |
| Proj. EBITDA / Net Operating Income Margin | 25% | 28% | 30% | 31% | 31% |

HIG_000020





THE POOL
HIG_000022



ARTIST RENDERING

PRESIDENTIAL SUITE – LIVING ROOM
HIG_000023



PRESIDENTIAL SUITE – BEDROOM
HIG_000024



ARTIST RENDERING

PRESIDENTIAL SUITE – BATHROOM
HIG_000025



ARTIST RENDERING

# EXECUTIVE SUMMARY
Palm House Hotel Investment Memorandum

**Le Cirque** has offered an unparalleled dining experience earning its place on New York's gastronomical landscape since 1974. Famed restaurateur Sirio Maccioni and family welcome you to enjoy a modern dining room, where the food is just as exciting to the palate as it is a feast to the eyes.

One of Manhattan's most celebrated restaurateurs, Sirio Maccioni has wined and dined high society in New York for nearly half a century. Along the way, he has helped launch the careers of many illustrious chefs and befriended a host of celebrities in the arts, politics, business and fashion. Maccioni's boundless passion and energy for life has been the driving force behind the success of Le Cirque and the Maccioni family's ever-expanding global restaurant group which will now include an outpost at **The Palm House Residences & Hotel**.





HIG_000027



ARTIST RENDERING



ARTIST RENDERING

**VU ROOFTOP BAR**
HIG_000029

# EXECUTIVE SUMMARY
## Palm House Hotel Investment Memorandum

**Premiere Guest Services at Palm House** will include the finest amenities and superior service delivered by its world-class staff to Palm House guests who will include some of the most prominent figures in civic, commercial, and financial life.  Guests will gather to socialize and be entertained surrounded by a collection of fanciful things gathered from around the globe.



Some of the facilities being made available to guests include a private screening room,  billiard, card, and game rooms, a cigar bar with humidor and climate controlled wine cellar, a business center and access to function rooms for private business meetings or grand gala parties in the ballroom, a private dining room, bar and lounge, a library, and a bowling parlor.  Guests will also have preferred access to the hotel's European spa, health club, and salon.  The Palm House will own a Rolls Royce Ghost, and Alibi - a 151 foot Delta yacht, which guests will have preferred access to, and the Sponsor has also made arrangements for priority use of a Hawker Jet 850 XP for its Premiere Guests.







HIG_000031



ARTIST RENDERING



ARTIST RENDERING



ARTIST RENDERING

HIG_000034