**To:** Gerry Matthews[REDACTED]et]
**Bcc:** rvmatt22@gmail.com[rvmatt22@gmail.com]
**From:** Jade Yu
**Sent:** Mon 10/20/2014 9:22:16 AM
**Importance:** **Normal**
**Subject:** Letter to R[REDACTED] [REDACTED]
Signatures.jpg
Letter to R[REDACTED] [REDACTED] 10-20-14.docx

Good morning, Gerry.

Please find attached the updated letter.

Thank you,




jade yu

d 561.408.3500
c 561.379.2033

160 royal palm way
palm beach, florida 33480

## This Document is Available in Native Format

**Conversion error type:** com.recommind.jobs.external.JobProcessingFailedException
**Conversion error message:** The job could not be processed on host MDC-ENF-BAT14.AD.SEC.GOV. The reason is: An internal error occurred when processing document file://ad/enflit/ENF-ED2-C01-DS02/CSV-New/FL/FL-03930_Productions/MATTHEWS_ROBERT/2015-12-08/59276/bmproductions1.pst?ds=FL_03930_ESI_MATTHEWS_ROBERT_20151208_59276#000000002199D02495429C4CAABA6FEF10951A6EC4332000;attachment1. The reason is: The worker process ExternalDocumentJobProcessor1 on host MDC-ENF-BAT14 could not process the job. The reason is: Native conversion of document file://ad/enflit/ENF-ED2-C01-DS02/CSV-New/FL/FL-03930_Productions/MATTHEWS_ROBERT/2015-12-08/59276/bmproductions1.pst?ds=FL_03930_ESI_MATTHEWS_ROBERT_20151208_59276#000000002199D02495429C4CAABA6FEF10951A6EC4332000;attachment1 has failed with the following error: Connection to web service failed: Failed to access the WSDL at: http://localhost:8123/ConversionService1_1.asmx?WSDL. It failed with: Connection refused: connect.

**File Name:** Letter to R[redacted] [redacted] 10-20-14.docx
**Location:** \\ad\enflit\ENF-ED2-C01-DS02\CSV-New\FL\FL-03930_Productions\MATTHEWS_ROBERT\2015-12-08\59276
**Modification Date:** 2015-09-02 14:16:00
**Document Title:** Letter to R[redacted] [redacted]x 10-20-14.docx
**Document Type:** Attachment

Gerry Matthews
[redacted]
Waterbury, CT 06708

October 20, 2014

R[redacted]
E-mail address: [redacted]

Re: Notice of Your Removal as Manager of Palm House, LLC

Dear Mr. [redacted]:

You are hereby notified that you have been removed as Manager of Palm House, LLC (the "Company") effective as of the date of this letter.

Very truly yours,

Gerry Matthews

**To:** [redacted]]
**Bcc:** rvmatt22@gmail.com[rvmatt22@gmail.com]
**From:** Jade Yu
**Sent:** Mon 10/20/2014 4:32:14 PM
**Importance:** Normal
**Subject:** Follow-up
Letter to [redacted] [redacted] from Gerry Matthews.pdf

As dictated from Bob Matthews:

Dear [redacted],

Per our phone conversation, I look forward to meeting with you next week when you return from China.

Thanks,

Bob

Gerry Matthews

Waterbury, CT 06708

October 20, 2014


R
E-mail address: n

Re: Notice of Your Removal as Manager of Palm House, LLC

Dear Mr. :

You are hereby notified that you have been removed as Manager of Palm House, LLC (the "Company") effective as of the date of this letter.

Very truly yours,

Gerry Matthews