## Judy Slatus

**From:** gdmatthews [█████s@█████]
**Sent:** Tuesday, October 21, 2014 6:27 PM
**To:** Leslie Evans
**Subject:** Palm house llc

Les,

this email will confirm that I Gerry Matthews have appointed you Les Evans as the Managing Member of Palm House LLC.

please feel free to contact me directly with any questions my cell phone number is ███ ███████ and my email address is ████████████████

Sent from my Verizon Wireless 4G LTE smartphone

1

Les Evans000898