*from the desk of*
*Robert V. Matthews*

Dear Mr. Sherman,

Thank you for taking the time to discuss loan modifications for my houses in Washington, Ct and Nantucket.

I would like to give you some background on the property in Nantucket. I purchased that property over seventeen years ago, and personally managed a total renovation of a historic home. As you can imagine, we have a strong emotional connection with the house, and the neighborhood. Having moved several times over the last twenty years, Nantucket has always felt like home to me, and the one asset me and my family cherish most.

The home in Washington, Connecticut also holds a great deal of significance for me and my family. In fact, we had recently decided to spend several months a year in the home, and enroll our two young daughters in the local school. We have been spending Thanksgiving and Christmas there since our children were born, and they are excited about starting classes there next year.

Unfortunately, what brings me to ask for your assistance are the events of June 2008. At that time I was scheduled to close a construction and development loan for over $55,000,000 for the completion of my hotel project in Palm Beach. The loan officially closed, and then did not fund. Everyone involved with the deal, from our lawyers and theirs, was shocked. Subsequently, I was forced to fund the project out of pocket so as not to lose my building permits and variances. Soon after, the credit markets collapsed and it has been virtually impossible to secure credit for construction projects.

I truly appreciate any assistance you can provide in reducing the principal and interest due on these loans. I am confident that with help, I will be able to keep these properties current through the current real estate cycle.

Please do not hesitate to call me for any reason.

Sincerely,

Robert V. Matthews