

# Leslie Robert Evans
AND ASSOCIATES, P.A.
· Counselors at Law ·

February 3, 2014

Brandon Steven Kasper
1 Mauchly
Irvine, CA 92618

RE:  115 Lower Church Hill Road, Washington Depot, Conn.

Dear Mr. Kasper:

This email shall confirm that our firm is in receipt of cleared funds in the amount of $2,750,000.00 from Nick Laudano/NJL Development Group, LLC. As part of said transaction, we will be wiring the amount of $136,237.50 to Bendett Mchugh today.

Please call should you need anything further.

Regards,

*[signature]*

Leslie Robert Evans

cc: nick████@████com

ESTABLISHED IN 1996
214 Brazilian Avenue, Suite 200   Palm Beach, Florida 33480   | 561-832-8288   | 561-832-5722
www.LRevansPA.com