

Picture 8 – Porch overlooking pool 101 Casa Bendita

INDC_0000007



INDC_0000008



**Picture 10- Overhead view of 101 Casa Bendita in Palm Beach Florida**