# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 17-23426-MAM |
| | } | |
| ROBERT MATTHEWS | } | CHAPTER 11 |
| | } | |
| | } | |
| DEBTOR. | } | |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
## FOR THE PERIOD
**FROM** 9/1/2018 **TO** 9/30/2018

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 10/22/2018

/s/ Christian Panagakos, Esq.
Attorney for Debtor

Debtor's Address:

101 Casa Bendita
Palm Beach, FL 33480

Attorney's Address and Phone Number:

FLORIDA BANKRUPTCY ADVISORS, P.L.
Christian Panagakos, Esq.
FL Bar No.: 65579
120 E. Oakland Park Blvd., Suite 207
Oakland Park, FL 33334
Tel: 954-600-8990 / Fax: 954-692-9070
Email: cp@floridabankruptcyadvisors.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)  Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Robert V Matthews
Case Number: 17-23426-PGH

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month Sept. 2018 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $527.57 | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | $18,339 | |
| Total Business Receipts | | |
| Total Receipts | | |
| Total Household Disbursements | $6,481.01 | |
| Total Business Disbursements | | |
| Total Disbursements | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | | |
| CASH- End of Month (Individual) | $12,394.56 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month Sept. 2018 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $527.57 | |
| | | |
| **CASH RECEIPTS** | $18,339.00 | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $1,043.19 | |
| Household Repairs & Maintenance | $735.00 | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $849.57 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $3,853.25 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| **Total Household Disbursements** | $6,481.01 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $ | $12,394.56 |

## QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | NO |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | NO |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | NO |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | NO |
| 5. | Have any post-petition loans been received by the debtor from any party? | | NO |
| 6. | Are any post-petition payroll taxes past due? | | NO |
| 7. | Are any post-petition state or federal income taxes past due? | | NO |
| 8. | Are any post-petition state or local sales taxes past due? | | NO |
| 9. | Are any post-petition real estate taxes past due? | | NO |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | NO |
| 11. | Are any wage payments past due? | | NO |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | YES | |
| 2. | Are all premium payments current? | YES | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| auto Insurance Progressive | 11/9/17   11/9/18 | $672.60 monthly | |
| Home insurance Pure | 12/14/17   12/13/18 | $92,233.00 annual | |
| | | | |
| | | | |

☐ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Fifth Third |
|---|---|
| Account Number | 7908600740 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | | Purpose or Description | Amount |
|---|---|---|---|---|---|
| | 09/05 | travlers restaurant | Debit | restaurant | $39.87 |
| | 9/5 | jetblue | Debit | travel | $110.00 |
| | 9/6 | 5/3rd | Debit | service charge | $11.00 |
| 125 | 9/17 | pinch a penny | check | pool supplies | $135.00 |
| | 9/24 | cash | Debit | misc. | $800.00 |
| | 9/27 | at&t | Debit | phone | $652.27 |
| | 9/28 | cash | Debit | misc | $1,500.00 |
| | 9/28 | advanced auto | Debit | oil | $31.89 |
| | 9/28 | comcast | Debit | internet | $389.14 |
| | 9/28 | wpb util | Debit | water | $1,109.28 |
| | 9/28 | fpl | Debit | electricity | $1,702.56 |
| | | | | TOTAL | $6,481.01 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Fifth Third | | | |
| Account Number: | 7908600740 | | | |
| Purpose of Account (Business/Personal) | Personal DIP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | $12,394.56 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $12,394.56 | | | |
| TOTAL OF ALL ACCOUNTS | | | | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

| | | |
|---|---|---|
| SEP 28 | | $12,394.56 |
| | Web Initiated Payment At Fpl Direct Debit Elec Pymt 5471872449 Webi 092818 | -$1,702.56 |
| | Wpb Utilities Webepay 8883 092818 | -$1,109.28 |
| | Web Initiated Payment At Comcast Cable Svc 9942158 092818 | -$380.14 |
| | Merchant Payment Advance Auto Par - 323402 1203 Palm Beach Lks Blv West Palm Bea Fl On 092818 From Card#: XXXXXXXXXXXX893x | -$31.89 |
| | Electronic Image | -$1,500.00 |
| SEP 27 | | $17,118.43 |
| | WEB INITIATED PAYMENT AT ATT Payment 487115002PRB8Y 092718 | -$652.27 |
| SEP 24 | | $17,770.70 |
| | Electronic Image | -$800.00 |
| SEP 21 | | $18,570.70 |
| | Deposit | $18,339.00 |
| SEP 17 | | $231.70 |
| | Check # 125 | -$135.00 |
| SEP 06 | | $366.70 |
| | Monthly Service Charge | -$11.00 |
| SEP 05 | | $377.70 |
| | Debit Card Purchase At Jetblue, 8005382583, Ut On 090318 From Card#: XXXXXXXXXXXX3186 | -$110.00 |
| | Debit Card Purchase At Travelers Club Inc, White Plains, Ny On 090518 From Card#: XXXXXXXXXXXX3186 | -$39.87 |
| AUG 28 | | $527.57 |