

# Leslie Robert Evans
## AND ASSOCIATES, P.A.
*Counselors at Law*



## Leslie R. Evans ~ Managing Partner

Leslie Robert Evans has handled transactional real estate, leasing, financing and other legal matters since he began practicing law in 1973. He founded Leslie Robert Evans & Associates, P.A. in 1996, and has represented a broad range of clients from individuals and small businesses to Fortune 500 companies.

Mr. Evans successfully negotiated several of Florida's largest commercial leases, including the Miami Heat Lease and the Florida Panthers Lease with the Miami Arena, as well as key anchor leases in both regional and community shopping centers across the United States. Experienced with drafting and negotiating complex commercial loan documentation for both borrowers and lenders, Mr. Evans has handled the acquisition and development of commercial properties throughout the country.

An Adjunct Professor at the University of Miami School of Law, Mr. Evans taught commercial leasehold and real estate transaction courses. He also lectured on Property Law at the University of Miami's School of Law Institute, most recently in 2009, lecturing on Commercial Leases in Troubled Times: Negotiations and Workout of the Defaulted Tenant. Mr. Evans co-authored a section on condominiums in Professor Ralph Boyer's treatise Florida Real Estate Transactions. A frequent lecturer at the International Council of Shopping Centers Law Conferences, Mr. Evans has lectured on Florida Real Estate Contract Law for the Young Lawyers Division of The Florida Bar.

Prior to founding Leslie Robert Evans & Associates, P.A., Mr. Evans practiced as a partner at Stearns, Weaver, Miller Weissler and Alhadeff in Miami, Fla. He earned a Bachelor of Arts degree from The Ohio State University, a Juris Doctorate degree from Case Western Reserve University School of Law, and an LL.M. degree in Real Property, Land Security and Finance Law from the University of Miami School of Law.

Direct: 561-721-6510 | Fax: 561-832-5722 | Email: evans@LREvansPA.com

### Education
- University of Miami Law School, LL.M. in Land Securities, 1983
- Case Western Reserve, J.D., 1975
- Ohio State University, B.A., 1969

### Practice Areas
- Real Estate
- Corporate Law
- Banking and Finance

### Admissions
- Florida



# Leslie Robert Evans
AND ASSOCIATES, P.A.
• *Counselors at Law* •

## Jason Evans ~ Senior Associate

Jason Evans is a senior associate at Leslie R. Evans & Associates P.A., concentrating on commercial litigation, enforcement of judgments, and all aspects of real estate law.

Jason's state and federal commercial litigation practice is diverse and accomplished. His practice includes representation of various complex areas of contract and business law, employers enforcing non-compete agreements, civil theft, as well as enforcement of foreign and domestic judgments. Jason also represents established commercial property owners and works with asset managers assisting in real estate transaction and litigation matters, including leasing, applying for variances and special exceptions before various planning and zoning boards. In addition, Jason is well versed in all areas of real estate closings, both issuing and reviewing title commitments and loan documents, preparing closing documents, and resolving complex sales with trusts, corporate entities and short sales. Most recently, Jason successfully garnished 100% of a $1,000,000.00 foreign judgment, with interest.

Prior to joining the Firm in January 2009, Jason was an associate at Tarter, Krinsky and Drogin, LLP in New York City, where he focused on commercial litigation and served as general counsel to a real estate trust with substantial commercial holdings in mid-town Manhattan. In 2008, Mr. Evans was published in the New York Law Journal where he co-authored "Defining Contractual Best Efforts."

Before attending Nova Southeastern Law School, Jason worked as a tax accountant for Arthur Andersen and NewsCorp in New York City.

Direct: 561-721-6513 | Fax: 561-832-5722 | Email: jevans@LREvansPA.com



### Education
- Nova Southeastern University School of Law, J.D., 2006
- Pennsylvania State University, B.S, 2000

### Practice Areas
- Real Estate
- Title Defense
- Land Use Development
- Litigation

### Admissions

**State Court**
- Florida
- New York
- New Jersey

**Federal Court**
- Southern District of Florida
- Southern District of New York
- Eastern District of New York
- District of New Jersey



# Leslie Robert Evans
### AND ASSOCIATES, P.A.
*Counselors at Law*

## David I. Brodt ~ Of Counsel



David Brodt's legal practice focuses on commercial and residential real estate contracts and closings, real estate leasing, mortgage financing and real estate title litigation, including quiet title suits and landlord-tenant disputes. He has represented individual, corporate and institutional clients, and he has successfully litigated or settled and resolved all manner of real estate related disputes.

Prior to joining Leslie Robert Evans & Associates, P.A. as Of Counsel in 1998, David was Associate Counsel for the John D. and Catherine T. MacArthur Foundation's Florida Real Estate Office from 1989 to 1998. While at the MacArthur Foundation, David's work included participation in title clearance and closing of several thousands of acres of environmentally unique parcels in Palm Beach, Martin and St. Lucie counties.

For many years, David worked for several national title insurance companies and was responsible for title insurance claims resolution and supervision of litigation. He has an ability to review and analyze complex real estate problems and always seeks to resolve these problems in an efficient and economical manner. David also has experience in land development from the initial site acquisition, land use approval and construction of "for sale" units, including preparation and filing of condominium documents for several condominium developments.

In 2009, David received designation as a United States Green Building Council (USGBC) Leadership in Energy and Environmental Design (LEED) Accredited Professional, and in 2011, he earned his USGBC LEED AP, BD+C accreditation. David has worked on LEED building development and he is active in the USGBC South Florida Chapter and the Palm Beach County Branch.

Direct: 561-721-6514 | Fax: 561-832-5722 | Email: brodt@LREvansPA.com

### Education
- Brooklyn Law School, J.D., 1975
- Adelphi University, B.A., 1970

### Practice Areas
- Real Estate
- Title Defense
- Land Use Development

### Admissions
- Florida
- New York
- California



# Leslie Robert Evans
### AND ASSOCIATES, P.A.
*Counselors at Law*

## Michael Brennan ~ Of Counsel

Michael Brennan joined the Firm in January 2005, bringing more than 20 years experience serving as in-house counsel for a number of Fortune 500 retail store chains. He has developed a national reputation for integrity, responsiveness and excellence in transactional commercial real estate, and he prides himself on managing expectations and meeting time-sensitive deadlines.

Serving as Assistant General Counsel for Melville Corporation from 1985 through 1996, Michael negotiated store leases, purchase and sale agreements, warehouse and satellite office leases. He provided general corporate advice and legal support to senior management of the parent company of such well-known retail enterprises as Bob's Stores, CVS Drug Stores, Kay-Bee Toys, Linens 'n Things, Marshalls, This End Up Furniture, and Wilsons Suede & Leather.

Michael later worked for Service Merchandise, where he assisted that Company's acquisition and disposition of commercial property, much of it owned or ground leased, and subject to both reciprocal easements and covenants affecting shopping center developments as well as financing agreements, using the value of the property to secure lines of credit for the Company.

Beginning in 1998, Michael served in various legal roles for Office Depot, one of the world's largest sellers of office supplies, which opened up to 135 new stores a year during his tenure. When he left Office Depot at the end of 2004 as Assistant General Counsel-Real Estate, Michael supervised a staff of 10, responsible for legal aspects relating to the Company's entire real estate portfolio, most notably negotiating new and renewal store leases and integrating business terms, architectural details, and construction requirements into legal documents. Michael and his department worked closely with real estate managers, architects, construction project managers and financial analysts in ensuring that final leases reflected corporate policies and requirements in a time-sensitive environment. His duties also included supervising multi-store acquisitions, managing entries into new markets and coordinating relocations to maximize the Company's sales and profits.

Today, Michael assists the Firm's representation of buyers and sellers of commercial and residential real estate, as well as developers of Shopping Centers anchored by Publix, Walgreens, CVS and numerous other retailers.

Direct: 561-721-6512 | Fax: 561-832-5722 | Email: mbrennan@LREvansPA.com



### Education
- Pace University, J.D., 1986
- Boston College, B.A., 1983

### Practice Areas
- Real Estate
- Corporate
- Banking and Finance

### Admissions
- Connecticut



# Leslie Robert Evans
### AND ASSOCIATES, P.A.
• *Counselors at Law* •

## Robert M. Kesten ~ Of Counsel

Robert "Rob" M. Kesten joined the Firm in 2011. His areas of specialization include real estate, association law, corporate law and transactional law.

Rob moved to Florida in late 2001 and went to work as General Counsel to one of Boca Raton's largest land owners closing more than $300,000,000.00 in transactions before opening his own Law Office and Title Insurance Company in Boca Raton.

Rob practiced in Sullivan County, New York for 13 years before moving to Florida and had his own practice as well as being a Managing Attorney for a large local firm managing a branch office and handling all of the Real Estate matters coming into the four office firm. Rob represented numerous banks conducting closings and handling all aspects of loan procedures for these banks which included Community Bank of Sullivan County, Hudson Valley Bank, Hudson United Bank and Middletown Savings Bank.

Civically oriented, Rob served as Village Justice for almost eight years in a position his father had held 20 years before. Rob was a volunteer firefighter.

Rob has, along with his other areas of practice, represented homeowner and condominium associations since 2009. Rob has recently been elected as Chair to the Board of Directors for South Tech Charter High School in Boynton Beach and has served on its Board since 2007. Rob has also served on the Board of Directors of Temple Shaarei Shalom and has served as its President.

Born in Monticello, New York, Rob graduated from Florida International University with a Bachelor of Science in Hotel and Restaurant Management in 1983, and Brooklyn Law School with a Juris Doctor in 1989. He is a member of the Florida and New York Bars and a member of the Florida and New York Bar Associations.

Direct: 561-721-6526 | Fax: 561-832-5722 | Email: rkesten@LREvansPA.com



### Education
- Brooklyn Law School, J.D., 1989
- Florida International University, B.S., 1983

### Practice Areas
- Real Estate
- Association Law
- Corporate Law
- Transactional Law

### Admissions
- Florida
- New York

