Table D.
U.S. District Courts–Criminal Defendants Commenced, Terminated, and Pending (Including Transfers),
During the 12-Month Periods Ending June 30, 2017 and 2018

| Circuit and District | Filings | | | Terminations | | | Pending [2] | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | Percent Change [1] | 2017 | 2018 | Percent Change [1] | 2017 | 2018 | Percent Change [1] |
| Total | 75,235 | 84,828 | 12.8 | 75,380 | 77,915 | 3.4 | 98,850 | 106,106 | 7.3 |
| DC | 315 | 421 | 33.7 | 270 | 234 | -13.3 | 872 | 1,032 | 18.3 |
| 1st | 2,463 | 2,277 | -7.6 | 2,260 | 1,939 | -14.2 | 3,503 | 3,789 | 8.2 |
| ME | 200 | 186 | -7.0 | 225 | 190 | -15.6 | 183 | 184 | 0.5 |
| MA | 531 | 488 | -8.1 | 507 | 594 | 17.2 | 836 | 719 | -14.0 |
| NH | 231 | 236 | 2.2 | 215 | 223 | 3.7 | 211 | 224 | 6.2 |
| RI | 111 | 151 | 36.0 | 101 | 115 | 13.9 | 135 | 173 | 28.1 |
| PR | 1,390 | 1,216 | -12.5 | 1,212 | 817 | -32.6 | 2,138 | 2,489 | 16.4 |
| 2nd | 3,569 | 3,687 | 3.3 | 3,590 | 3,864 | 7.6 | 10,798 | 10,744 | -0.5 |
| CT | 355 | 430 | 21.1 | 385 | 369 | -4.2 | 586 | 642 | 9.6 |
| NY,N | 367 | 468 | 27.5 | 424 | 519 | 22.4 | 762 | 773 | 1.4 |
| NY,E | 735 | 788 | 7.2 | 772 | 763 | -1.2 | 2,824 | 2,883 | 2.1 |
| NY,S | 1,518 | 1,376 | -9.4 | 1,272 | 1,535 | 20.7 | 5,392 | 5,273 | -2.2 |
| NY,W | 395 | 466 | 18.0 | 522 | 514 | -1.5 | 953 | 911 | -4.4 |
| VT | 199 | 159 | -20.1 | 215 | 164 | -23.7 | 281 | 262 | -6.8 |
| 3rd | 2,501 | 2,672 | 6.8 | 2,496 | 2,457 | -1.6 | 5,215 | 5,448 | 4.5 |
| DE | 84 | 83 | -1.2 | 87 | 75 | -13.8 | 202 | 209 | 3.5 |
| NJ | 612 | 748 | 22.2 | 792 | 623 | -21.3 | 818 | 953 | 16.5 |
| PA,E | 679 | 620 | -8.7 | 705 | 741 | 5.1 | 1,425 | 1,321 | -7.3 |
| PA,M | 502 | 557 | 11.0 | 362 | 495 | 36.7 | 1,081 | 1,150 | 6.4 |
| PA,W | 468 | 593 | 26.7 | 451 | 475 | 5.3 | 768 | 879 | 14.5 |
| VI | 156 | 71 | -54.5 | 99 | 48 | -51.5 | 921 | 936 | 1.6 |
| 4th | 7,926 | 7,981 | 0.7 | 7,418 | 7,591 | 2.3 | 12,169 | 12,592 | 3.5 |
| MD | 1,798 | 1,713 | -4.7 | 1,743 | 1,609 | -7.7 | 4,395 | 4,419 | 0.5 |
| NC,E | 901 | 1,042 | 15.6 | 966 | 1,003 | 3.8 | 2,300 | 2,393 | 4.0 |
| NC,M | 519 | 465 | -10.4 | 468 | 468 | 0.0 | 502 | 514 | 2.4 |
| NC,W | 701 | 624 | -11.0 | 654 | 610 | -6.7 | 671 | 663 | -1.2 |
| SC | 982 | 1,131 | 15.2 | 797 | 991 | 24.3 | 1,392 | 1,556 | 11.8 |
| VA,E | 2,098 | 2,076 | -1.0 | 1,894 | 2,052 | 8.3 | 1,944 | 1,978 | 1.7 |
| VA,W | 297 | 260 | -12.5 | 356 | 302 | -15.2 | 431 | 411 | -4.6 |
| WV,N | 337 | 349 | 3.6 | 262 | 306 | 16.8 | 319 | 358 | 12.2 |
| WV,S | 293 | 321 | 9.6 | 278 | 250 | -10.1 | 215 | 300 | 39.5 |
| 5th | 16,575 | 19,400 | 17.0 | 17,464 | 17,565 | 0.6 | 16,572 | 18,408 | 11.1 |
| LA,E | 308 | 360 | 16.9 | 390 | 377 | -3.3 | 433 | 418 | -3.5 |
| LA,M | 185 | 239 | 29.2 | 146 | 204 | 39.7 | 324 | 356 | 9.9 |
| LA,W | 324 | 321 | -0.9 | 310 | 315 | 1.6 | 343 | 356 | 3.8 |
| MS,N | 181 | 175 | -3.3 | 173 | 200 | 15.6 | 201 | 165 | -17.9 |
| MS,S | 379 | 520 | 37.2 | 324 | 406 | 25.3 | 349 | 461 | 32.1 |

|       |     |        |        |       |        |        |       |        |        |      |
|-------|-----|--------|--------|-------|--------|--------|-------|--------|--------|------|
| TX,N  |     | 1,391  | 1,622  | 16.6  | 1,488  | 1,527  | 2.6   | 1,783  | 1,891  | 6.1  |
| TX,E  |     | 754    | 872    | 15.6  | 912    | 834    | -8.6  | 1,377  | 1,423  | 3.3  |
| TX,S  |     | 6,297  | 6,563  | 4.2   | 6,780  | 6,086  | -10.2 | 7,277  | 7,784  | 7.0  |
| TX,W  |     | 6,756  | 8,728  | 29.2  | 6,941  | 7,616  | 9.7   | 4,485  | 5,554  | 23.8 |
|       | 6th | 4,770  | 6,052  | 26.9  | 4,681  | 4,981  | 6.4   | 6,762  | 7,771  | 14.9 |
| KY,E  |     | 408    | 476    | 16.7  | 410    | 399    | -2.7  | 659    | 743    | 12.7 |
| KY,W  |     | 526    | 534    | 1.5   | 445    | 471    | 5.8   | 844    | 896    | 6.2  |
| MI,E  |     | 880    | 1,038  | 18.0  | 968    | 946    | -2.3  | 1,363  | 1,396  | 2.4  |
| MI,W  |     | 353    | 449    | 27.2  | 400    | 376    | -6.0  | 214    | 285    | 33.2 |
| OH,N  |     | 587    | 911    | 55.2  | 566    | 729    | 28.8  | 595    | 783    | 31.6 |
| OH,S  |     | 619    | 808    | 30.5  | 553    | 587    | 6.1   | 850    | 1,062  | 24.9 |
| TN,E  |     | 646    | 749    | 15.9  | 684    | 674    | -1.5  | 750    | 825    | 10.0 |
| TN,M  |     | 265    | 353    | 33.2  | 245    | 303    | 23.7  | 448    | 488    | 8.9  |
| TN,W  |     | 486    | 734    | 51.0  | 410    | 496    | 21.0  | 1,039  | 1,293  | 24.4 |
|       | 7th | 2,662  | 2,805  | 5.4   | 2,505  | 2,611  | 4.2   | 4,356  | 4,585  | 5.3  |
| IL,N  |     | 766    | 724    | -5.5  | 682    | 792    | 16.1  | 1,859  | 1,820  | -2.1 |
| IL,C  |     | 313    | 355    | 13.4  | 356    | 309    | -13.2 | 336    | 388    | 15.5 |
| IL,S  |     | 261    | 284    | 8.8   | 290    | 248    | -14.5 | 267    | 297    | 11.2 |
| IN,N  |     | 419    | 408    | -2.6  | 301    | 389    | 29.2  | 608    | 639    | 5.1  |
| IN,S  |     | 439    | 542    | 23.5  | 449    | 432    | -3.8  | 537    | 644    | 19.9 |
| WI,E  |     | 325    | 321    | -1.2  | 290    | 306    | 5.5   | 517    | 527    | 1.9  |
| WI,W  |     | 139    | 171    | 23.0  | 137    | 135    | -1.5  | 232    | 270    | 16.4 |
|       | 8th | 5,160  | 5,824  | 12.9  | 5,115  | 5,141  | 0.5   | 5,983  | 6,691  | 11.8 |
| AR,E  |     | 403    | 724    | 79.7  | 445    | 514    | 15.5  | 690    | 902    | 30.7 |
| AR,W  |     | 231    | 238    | 3.0   | 260    | 228    | -12.3 | 377    | 384    | 1.9  |
| IA,N  |     | 382    | 442    | 15.7  | 417    | 393    | -5.8  | 258    | 299    | 15.9 |
| IA,S  |     | 488    | 564    | 15.6  | 397    | 475    | 19.6  | 411    | 497    | 20.9 |
| MN    |     | 400    | 362    | -9.5  | 456    | 351    | -23.0 | 380    | 400    | 5.3  |
| MO,E  |     | 920    | 1,247  | 35.5  | 765    | 879    | 14.9  | 992    | 1,361  | 37.2 |
| MO,W  |     | 763    | 773    | 1.3   | 837    | 756    | -9.7  | 1,195  | 1,210  | 1.3  |
| NE    |     | 582    | 557    | -4.3  | 611    | 606    | -0.8  | 565    | 555    | -1.8 |
| ND    |     | 383    | 350    | -8.6  | 380    | 347    | -8.7  | 493    | 491    | -0.4 |
| SD    |     | 608    | 567    | -6.7  | 547    | 592    | 8.2   | 622    | 592    | -4.8 |
|       | 9th | 15,354 | 18,511 | 20.6  | 15,551 | 16,850 | 8.4   | 16,795 | 18,489 | 10.1 |
| AK    |     | 204    | 282    | 38.2  | 224    | 201    | -10.3 | 265    | 350    | 32.1 |
| AZ    |     | 5,658  | 5,452  | -3.6  | 6,015  | 4,954  | -17.6 | 2,570  | 3,074  | 19.6 |
| CA,N  |     | 582    | 599    | 2.9   | 642    | 634    | -1.2  | 1,262  | 1,226  | -2.9 |
| CA,E  |     | 537    | 628    | 16.9  | 640    | 515    | -19.5 | 2,292  | 2,415  | 5.4  |
| CA,C  |     | 1,309  | 1,626  | 24.2  | 1,236  | 1,292  | 4.5   | 3,044  | 3,384  | 11.2 |
| CA,S  |     | 3,805  | 6,304  | 65.7  | 3,438  | 5,933  | 72.6  | 2,637  | 2,961  | 12.3 |
| HI    |     | 209    | 185    | -11.5 | 161    | 189    | 17.4  | 443    | 454    | 2.5  |
| ID    |     | 339    | 454    | 33.9  | 360    | 382    | 6.1   | 335    | 406    | 21.2 |
| MT    |     | 351    | 388    | 10.5  | 373    | 367    | -1.6  | 401    | 418    | 4.2  |
| NV    |     | 529    | 590    | 11.5  | 536    | 529    | -1.3  | 1,131  | 1,202  | 6.3  |
| OR    |     | 503    | 520    | 3.4   | 516    | 497    | -3.7  | 675    | 702    | 4.0  |
| WA,E  |     | 396    | 403    | 1.8   | 383    | 375    | -2.1  | 443    | 453    | 2.3  |
| WA,W  |     | 845    | 1,016  | 20.2  | 925    | 884    | -4.4  | 1,177  | 1,320  | 12.1 |
| GUAM  |     | 61     | 46     | -24.6 | 81     | 80     | -1.2  | 88     | 88     | 0.0  |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| NMI |  | 26 | 18 | -30.8 | 21 | 18 | -14.3 | 32 | 36 | 12.5 |
|  | 10th | 6,650 | 7,519 | 13.1 | 6,901 | 7,087 | 2.7 | 6,865 | 7,300 | 6.3 |
| CO |  | 492 | 602 | 22.4 | 474 | 534 | 12.7 | 1,070 | 1,150 | 7.5 |
| KS |  | 627 | 645 | 2.9 | 658 | 609 | -7.4 | 1,454 | 1,488 | 2.3 |
| NM |  | 3,596 | 4,090 | 13.7 | 3,957 | 4,098 | 3.6 | 1,602 | 1,613 | 0.7 |
| OK,N |  | 171 | 226 | 32.2 | 202 | 180 | -10.9 | 145 | 183 | 26.2 |
| OK,E |  | 79 | 158 | 100.0 | 107 | 111 | 3.7 | 61 | 120 | 96.7 |
| OK,W |  | 487 | 638 | 31.0 | 427 | 540 | 26.5 | 1,022 | 1,124 | 10.0 |
| UT |  | 868 | 908 | 4.6 | 811 | 784 | -3.3 | 738 | 826 | 11.9 |
| WY |  | 330 | 252 | -23.6 | 265 | 231 | -12.8 | 773 | 796 | 3.0 |
|  | 11th | 7,290 | 7,679 | 5.3 | 7,129 | 7,595 | 6.5 | 8,960 | 9,257 | 3.3 |
| AL,N |  | 573 | 607 | 5.9 | 484 | 554 | 14.5 | 674 | 737 | 9.3 |
| AL,M |  | 267 | 327 | 22.5 | 197 | 235 | 19.3 | 470 | 562 | 19.6 |
| AL,S |  | 339 | 373 | 10.0 | 343 | 337 | -1.7 | 391 | 415 | 6.1 |
| FL,N |  | 452 | 425 | -6.0 | 422 | 473 | 12.1 | 653 | 669 | 2.5 |
| FL,M |  | 1,491 | 1,654 | 10.9 | 1,603 | 1,711 | 6.7 | 1,722 | 1,776 | 3.1 |
| FL,S |  | 2,488 | 2,426 | -2.5 | 2,493 | 2,455 | -1.5 | 1,986 | 1,955 | -1.6 |
| GA,N |  | 595 | 755 | 26.9 | 599 | 656 | 9.5 | 1,448 | 1,549 | 7.0 |
| GA,M |  | 516 | 525 | 1.7 | 477 | 546 | 14.5 | 716 | 731 | 2.1 |
| GA,S |  | 569 | 587 | 3.2 | 511 | 628 | 22.9 | 900 | 863 | -4.1 |

NOTE: This table includes defendants in all cases filed as felonies or Class A misdemeanors, but includes only those defendants in cases filed as petty offenses that were assigned to district judges rather than magistrate judges.

¹ Percent change not computed when fewer than 10 defendants reported for the previous period.
² Pending totals exclude defendants who had been fugitives more than 12 months before the end of the period indicated.