

# Leslie Robert Evans
AND ASSOCIATES, P.A.
· *Counselors at Law* ·

April 10, 2014

**Via Email**
Robert Matthews
rvmatt22@gmail.com

    RE:    Palm House

Bob,

The first $500,000 of EB-5 money was disbursed from my firm's Escrow Account on August 15, 2013, for the purchase of the Palm House.

                                                   Regards,

                                                   Leslie Evans

ESTABLISHED IN 1996

214 Brazilian Avenue, Suite 200 · Palm Beach, Florida 33480 · T 561-832-8288 · F 561-832-5722

www.LREvansPA.com

Les Evans000572