*1st Breakdown*
*of*
*transactions*
*5/21/14*

**2:11 PM**
**05/21/14**
**Accrual Basis**

### Leslie Robert Evans & Assoc. PA
## Account QuickReport
### All Transactions

| | Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **1213 · First United IOTA (Real Estate)** | | | | | | | |
| **Matthews P/O Palm House 1375.150** | | | | | | | |
| | Deposit | 04/15/2013 | | | Deposit | 3,000,000.00 | 3,000,000.00 |
| | Check | 04/15/2013 | WIRE | JJW Consultancy and ... | Matthews P/O Pa... | -49,454.00 | 2,950,546.00 |
| | Check | 04/15/2013 | WIRE | Matthews Commercial ... | Matthews P/O Pa... | -152,500.00 | 2,798,046.00 |
| | Check | 04/15/2013 | WIRE | Weiss Handler & Corn... | Matthews P/O Pa... | -97,926.38 | 2,700,119.62 |
| | Check | 05/10/2013 | WIRE | Joseph Walsh/Mirabia | Matthews P/O Pa... | -100,000.00 | 2,600,119.62 |
| | Check | 05/20/2013 | WIRE | Weiss Handler & Corn... | Matthews P/O Pa... | -32,746.59 | 2,567,373.03 |
| | Check | 05/24/2013 | WIRE | Edwards Wildman Pal... | Matthews P/O Pa... | -18,002.73 | 2,549,370.30 |
| | Check | 05/24/2013 | WIRE | Presidential Leasing Inc. | Matthews P/O Pa... | -110,000.00 | 2,439,370.30 |
| | Check | 06/03/2013 | WIRE | Connect Auto, Inc. | Matthews P/O Pa... | -45,000.00 | 2,394,370.30 |
| | Check | 06/03/2013 | WIRE | InJet LLC | Matthews P/O Pa... | -33,754.50 | 2,360,615.80 |
| | Check | 06/14/2013 | WIRE | JJW Consultancy and ... | Matthews P/O Pa... | -100,000.00 | 2,260,615.80 |
| | Check | 06/26/2013 | WIRE | USREDA | Matthews P/O Pa... | -200,000.00 | 2,060,615.80 |
| | Check | 07/01/2013 | WIRE | Matthews Commercial ... | Matthews P/O Pa... | -125,000.00 | 1,935,615.80 |
| | Check | 07/01/2013 | WIRE | Vedder Price, P.C. | Matthews P/O Pa... | -12,500.00 | 1,923,115.80 |
| | Check | 07/10/2013 | WIRE | Matthews Commercial ... | Matthews P/O Pa... | -192,343.00 | 1,730,772.80 |
| | Deposit | 07/15/2013 | | | Deposit | 1,500,000.00 | 3,230,772.80 |
| | Check | 07/17/2013 | WIRE | The Galle Law Group, ... | Matthews P/O Pa... | -2,000,000.00 | 1,230,772.80 |
| | Check | 07/24/2013 | WIRE | Weiss Handler & Corn... | Matthews P/O Pa... | -30,000.00 | 1,200,772.80 |
| | Check | 07/26/2013 | WIRE | Matthews Commercial ... | Matthews P/O Pa... | -60,000.00 | 1,140,772.80 |
| | Check | 07/29/2013 | WIRE | USREDA | Matthews P/O Pa... | -250,000.00 | 890,772.80 |
| | Deposit | 08/05/2013 | | | Deposit | 2,000,000.00 | 2,890,772.80 |
| *Purchase Payment* | Check | 08/15/2013 | WIRE | The Galle Law Group, ... | Matthews P/O Pa... | -2,000,000.00 | 890,772.80 |
| *Black repayment* | Check | 08/26/2013 | 9606 | Ryan Black | Matthews P/F Pal... | -500.00 | 890,272.80 |
| *Legal Retainer* | Check | 08/26/2013 | WIRE | Berlandi Nussbaum & ... | Matthews P/O Pa... | -10,000.00 | 880,272.80 |
| *Consult Fee* | Check | 08/26/2013 | WIRE | Revere Capital Mange... | Matthews P/O Pa... | -4,500.00 | 875,772.80 |
| *RVM Legal Fees* | Check | 08/28/2013 | WIRE | Rogin Nassau LLC | Matthews P/F Pal... | -15,000.00 | 860,772.80 |
| | Deposit | 08/28/2013 | | | Deposit | 2,000,000.00 | 2,860,772.80 |
| | Deposit | 08/29/2013 | | | Deposit | 230,000.00 | 3,090,772.80 |
| *US REDA* | Check | 08/29/2013 | WIRE | USREDA | Matthews P/O Pa... | -350,000.00 | 2,740,772.80 |
| *160* | Check | 09/03/2013 | wire | 160 Royal Palm LLC | Matthews P/O Pa... | -2,580,000.00 | 160,772.80 |
| *160* | Check | 09/03/2013 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -150,920.08 | 9,852.72 |
| | Deposit | 09/06/2013 | | | Deposit | 1,064,858.73 | 1,074,711.45 |
| | Deposit | 09/06/2013 | | | Deposit | 33,140.49 | 1,107,851.94 |
| *LRE LEGAL/CLOSING* | Check | 09/11/2013 | 9666 | Leslie Robert Evans & ... | Matthews P/O Pa... | -33,000.00 | 1,074,851.94 |
| *UCC Termination* | Check | 09/20/2013 | 9761 | Florida UCC, LLC | Matthews P/O Pa... | -38.00 | 1,074,813.94 |
| *Doc & Intang (Float)* | Check | 10/21/2013 | 9999 | Clerk of Circuit Court | Walsh/Royal Pal... | -18,608.90 | 1,056,205.04 |
| *New Haven construction* | Check | 10/23/2013 | WIRE | New Haven Contracting... | Matthews P/O Pa... | -150,000.00 | 906,205.04 |
| | Deposit | 11/26/2013 | | | Deposit | 3,337,216.67 | 4,243,421.71 |
| *Revere Payoff* | Check | 11/26/2013 | WIRE | Revere Capital Mange... | Matthews P/O Pa... | -3,334,650.01 | 908,771.70 |
| *LRE Borrowed* | Check | 12/16/2013 | WIRE | Shutts & Bowen Trust ... | re: LRE - MB Ve... | -450,000.00 | 458,771.70 |
| | Deposit | 12/19/2013 | | | Deposit | 500,000.00 | 958,771.70 |
| | Deposit | 12/19/2013 | | | Deposit | 2,500,000.00 | 3,458,771.70 |
| | Deposit | 12/26/2013 | | | Deposit | 3,000,000.00 | 6,458,771.70 |
| *RVM Home Taxes* | Check | 12/27/2013 | 10636 | Tax Collector Palm Bea... | Property Control#... | -266,064.60 | 6,192,707.10 |
| *Jones Foster* | Check | 12/30/2013 | WIRE | Jones Foster Johnston ... | Matthews P/O Pa... | -5,351,369.05 | 841,338.05 |
| | Check | 12/31/2013 | WIRE | Jones Foster Johnston ... | Matthews P/O Pa... | -7,500.00 | 833,838.05 |
| *LRE Repayment* | Transfer | 01/02/2014 | *($131,800 Short (Roma))* | | Internal transfer fr... | 436,500.00 | 1,270,338.05 |
| *Consult Auto* | Check | 01/06/2014 | WIRE | Connect Auto, Inc. | Matthews P/O Pa... | -15,000.00 | 1,255,338.05 |
| *160* | Check | 01/06/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -85,000.00 | 1,170,338.05 |
| *RVM Mtg* | Check | 01/09/2014 | WIRE | Dovenmuehle Mortgag... | Matthews P/F Pal... | -12,452.05 | 1,157,886.00 |
| *160* | Check | 01/10/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -100,000.00 | 1,057,886.00 |
| *160* | Check | 01/17/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -100,000.00 | 957,886.00 |
| | Deposit | 01/28/2014 | | | Deposit | 200,000.00 | 1,157,886.00 |
| *160* | Check | 01/28/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -200,000.00 | 957,886.00 |
| | Deposit | 02/03/2014 | | | Deposit | 2,000,000.00 | 2,957,886.00 |
| *Royal Palm Devel.* | Check | 02/03/2014 | WIRE | Royal Palm Developme... | Matthews P/O Pa... | -2,000,000.00 | 957,886.00 |
| *RVM* | Check | 02/03/2014 | WIRE | Bendett & Mchugh, PC ... | Matthews P/O Pa... | -136,237.50 | 821,648.50 |
| | Deposit | 02/10/2014 | | | Deposit | 500,000.00 | 1,321,648.50 |
| *160* | Check | 02/10/2014 | WIRE | 160 Royal Palm LLC | Matthews P/O Pa... | -300,000.00 | 1,021,648.50 |
| *Legal Palm* | Check | 02/11/2014 | WIRE | McDonald Hopkins, LL... | Matthews P/O Pa... | -26,812.24 | 994,836.26 |
| *RVM Settlement* | Check | 03/04/2014 | WIRE | Deutsche Bank | Matthews P/O Pa... | -92,700.00 | 902,136.26 |
| | Deposit | 03/11/2014 | | | Deposit | 500,000.00 | 1,402,136.26 |
| *160* | Check | 03/14/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -350,000.00 | 1,052,136.26 |
| | Deposit | 03/17/2014 | | | Deposit | 500,000.00 | 1,552,136.26 |
| *160* | Check | 03/17/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -100,000.00 | 1,452,136.26 |
| *160* | Check | 03/19/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -250,000.00 | 1,202,136.26 |

**Les Evans000583**

2:11 PM

05/21/14

Accrual Basis

# Leslie Robert Evans & Assoc. PA
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Deposit | 03/27/2014 | | | Deposit | 500,000.00 | 1,702,136.26 |
| Check | 03/28/2014 | 11237 | Tax Collector Palm Bea... | Property Control#... | -180,460.00 | 1,521,676.26 |
| Check | 03/28/2014 | 11238 | Sharon R. Bock Clerk &... | Matthews P/O Pa... | -151,223.60 | 1,370,452.66 |
| Transfer | 03/31/2014 | | | transfer/loan from... | -50,000.00 | 1,320,452.66 |
| Deposit | 04/03/2014 | | | Deposit | 1,500,000.00 | 2,820,452.66 |
| Check | 04/09/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -500,000.00 | 2,320,452.66 |
| Deposit | 04/09/2014 | | | Deposit | 500,000.00 | 2,820,452.66 |
| Check | 04/10/2014 | WIRE | First Bank of the Palm ... | Matthews P/O Pa... | -105,000.00 | 2,715,452.66 |
| Check | 04/18/2014 | WIRE | Dovenmuehle Mortgag... | Matthews P/F Pal... | -92,700.00 | 2,622,752.66 |
| Check | 04/18/2014 | WIRE | Dovenmuehle Mortgag... | Matthews P/F Pal... | -42,300.00 | 2,580,452.66 |
| Check | 04/24/2014 | 11482 | RD of Palm Beach, Inc. | Matthews loan to ... | -50,000.00 | 2,530,452.66 |
| Check | 04/24/2014 | WIRE | CHR Consulting Servic... | Matthews P/F Pal... | -7,500.00 | 2,522,952.66 |
| Deposit | 04/29/2014 | | | Deposit | 1,000,000.00 | 3,522,952.66 |
| Deposit | 04/29/2014 | | | Deposit | 1,000,000.00 | 4,522,952.66 |
| Check | 04/29/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -1,250,000.00 | 3,272,952.66 |
| Deposit | 05/05/2014 | | | Deposit | 1,000,000.00 | 4,272,952.66 |
| Check | 05/12/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Pal... | -1,000,000.00 | 3,272,952.66 |
| Total Matthews P/O Palm House1375.150 | | | | | 3,272,952.66 | 3,272,952.66 |
| Total 1213 · First United IOTA (Real Estate) | | | | | 3,272,952.66 | 3,272,952.66 |
| **TOTAL** | | | | | **3,272,952.66** | **3,272,952.66** |

*Handwritten annotations in left margin:*
- 160 RE TAXES
- Record Straub rtg
- LRE - LOAN
- 160 →
- Dovenmuehle
- LRE Loan
- CHR consulting
- 160 →
- 160 →
- 160 → Check

*Handwritten notes at bottom:*

Closing  8/30/13

Lien Retainage  $33,442  ⎤  $719,442
$2,000 day /fine   586,000  ⎦

Briks Commission  $1,831,250

160 payments to date  6,965,920  (13 payments)

LRE — $13,500 owed

*Les Evans000584*