Judy Siatus

**From:** rvmatt22@gmail.com
**Sent:** Wednesday, January 08, 2014 2:58 PM
**To:** Leslie Evans
**Subject:** Fw: Wiring Instructions

Sent from my BlackBerry 10 smartphone.

**From:** Jade Yu
**Sent:** Tuesday, January 7, 2014 3:26 PM
**To:** Bob Matthews
**Subject:** Fwd: Wiring Instructions

Bob, the amount to wire is: $12,452.05.

It should be wired to Dovenmuehle Mortgage, Inc. at the wiring instructions below:

Bank Name & Address: Bank of America, Chicago IL  231 South LaSalle 60604

Swift Code: [redacted]

ABA #:
Acct #: [redacted]

Acct Name & Address: Dovenmuehle Mortgage, Inc.

        Payoff Clearing Account

        1 Corporate Drive, Suite 360

        Lake Zurich, IL  60047

Please reference "Robert Matthews; LN: [redacted]" in the wire.

Thank you,

*Jade Yu*
*The Palm House Resort & Spa*
*160 Royal Palm Way*
*Palm Beach, FL 33480*
*Telephone: (561) 408-3500*

1

Fax to: 866-493-6323                                                                 Phone: 561-616-3100

C

# 1st United Bank

## WIRE TRANSFER REQUEST

☐ In Person/Walk In      Date: 01/09/14   Amount: $ 12,452.05   Currency: U.S.

### ORIGINATOR (YOUR INFORMATION)

ORIGINATOR NAME: LESLIE ROBERT EVANS & ASSOCIATES, P.A.
ADDRESS: 214 BRAZILIAN AVENUE, SUITE 200
CITY, STATE & ZIP: PALM BEACH, FLORIDA 33480
ORIGINATOR'S ACCOUNT NUMBER: [REDACTED]

### BENEFICIARY (RECIPIENT'S INFORMATION)

RECEIVING BANK NAME: Bank of America   ABA #: [REDACTED]
INTERMEDIARY BANK NAME(IBK): _____   SWIFT/ACCT CODE: _____
INTERMEDIARY BANK ADDRESS: _____

BENEFICIARY BANK NAME(BBK): Bank of America   SWIFT/ACCT CODE: [REDACTED]
BENEFICIARY BANK ADDRESS: 231 South LaSalle, Chicago, IL 60604
BENEFICIARY NAME: Dovenmuehle Mortgage, Inc.
ADDRESS: Payoff clearing Acct, 1 Corporate Dr., Ste 360
ADDRESS: Lake Zurich, IL 60047
BENEFICIARY'S ACCOUNT NUMBER: [REDACTED]
ADDITIONAL INFORMATION: — See Attached —
✱ RE: Robert Matthews; LN: [REDACTED] ✱

AUTHORIZED SIGNATURE: X [signature]
AUTHORIZED SIGNATURE:

### INTERNAL USE ONLY

WIRE ACCEPTED & VERIFIED BY:
AVAILABLE BALANCE:                              FEE:
AGREEMENT VERIFIED:   YES / NO
CALLBACK OVER $10,000                           TIME:
                   (Name of Agent verifying wire)
CALLBACK PERFORMED BY:                          SECURITY CODE:
OVER LIMIT AUTHORIZATION:
FEDLINE INPUT & VERIFICATION PERFORMED BY:
INPUT BY:                                       POST COMPLIANCE
VERIFIED BY:                                    REVIEW BY

Revised 07/12

LRE_000754

TRANSMISSION VERIFICATION REPORT

C

```
TIME    : 01/09/2014 12:13
NAME    : LESLIE R EVANS ASSOC
FAX     :
TEL     :
SER. #  : BROF3J491593
```

```
DATE, TIME        01/09  12:12
FAX NO./NAME
DURATION          00:00:35
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

*confirmed w/ Mike 1/9/14 @ 12:06 PM*

Fax to: 866-493-6323                             Phone: 561-616-3100

# 1st United Bank

## WIRE TRANSFER REQUEST

☐ In Person/Walk In    Date: 01/09/14    Amount: $12,452.05    Currency: U.S.

**ORIGINATOR (YOUR INFORMATION)**
ORIGINATOR NAME: LESLIE ROBERT EVANS & ASSOCIATES, P.A.
ADDRESS: 214 BRAZILIAN AVENUE, SUITE 200
CITY, STATE & ZIP: PALM BEACH, FLORIDA 33480
ORIGINATOR'S ACCOUNT NUMBER:

**BENEFICIARY (RECIPIENT'S INFORMATION)**
RECEIVING BANK NAME: Bank of America   ABA #:
INTERMEDIARY BANK NAME(IBK): _____ SWIFT/ACCT CODE: _____
INTERMEDIARY BANK ADDRESS:

BENEFICIARY BANK NAME(BBK): Bank of America   SWIFT/ACCT CODE:
BENEFICIARY BANK ADDRESS: 231 South LaSalle, Chicago, IL 60604
BENEFICIARY NAME: Davenmuehle Mortgage, Inc.
ADDRESS: Payoff Clearing Acct, 1 Corporate Dr., Ste. 360
ADDRESS: Lake Zurich, IL 60047
BENEFICIARY'S ACCOUNT NUMBER:

ADDITIONAL INFORMATION: — See Attached —
*RE: Robert Matthews; LN:*

AUTHORIZED SIGNATURE:
AUTHORIZED SIGNATURE:

**INTERNAL USE ONLY**

WIRE ACCEPTED & VERIFIED BY
AVAILABLE BALANCE:                           FEE:
AGREEMENT VERIFIED    YES / NO
CALLBACK OVER $10,000                        TIME:
CALLBACK PERFORMED BY:                       SECURITY CODE:
OVER LIMIT AUTHORIZATION
FEDLINE INPUT & VERIFICATION PERFORMED BY
INPUT BY:                                    POST COMPLIANCE
VERIFIED BY:                                 REVIEW BY: