## Michele Andre

**From:** Jade Yu
**Sent:** Tuesday, March 04, 2014 12:04 PM
**To:** Leslie Evans; Judy Slatus; Michele Andre
**Subject:** Deutsche Bank Wire Instructions
**Attachments:** Deutsche Bank Wire Instructions.docx

Good afternoon, Les.

Please find below and attached the wire instructions from Bob for Deutsche Bank. Please let me know if you have any questions.

Thank you,
Jade

---

Please wire $92,700.00.

**WIRE TRANSFER INSTRUCTIONS**

| | |
|---|---|
| ACCOUNT TITLE: | PAYOFF CLEARING ACCOUNT |
| ACCOUNT NUMBER: | [redacted] |
| ACCOUNT NAME: | **PAYOFF CLEARING ACCOUNT** |
| ACCOUNT OWNER: | **Dovenmuehle Mortgage Inc**<br>**1 Corporate Drive**<br>**Lake Zurich, IL**<br>**60047** |
| RECEIVING BANK: | Bank of America<br>231 South LaSalle<br>Chicago, IL 60604 |
| ABA NUMBER: | [redacted] (Fed Wire)<br>[redacted] (ACH) |
| REFERENCE: | Loan [redacted] R V MATTHEWS<br>**Bank Payment** |
| Overnight mailing address: | Deutsche Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8924<br>Attn: Cash Department<br>Telephone: (847) 550-7300 |

*Jade Yu*

*The Palm House Resort & Spa*

*160 Royal Palm Way*

*Palm Beach, FL 33480*

1