

# Leslie Robert Evans
AND ASSOCIATES, P.A.
· Counselors at Law ·

June 14, 2013

Ms. Karina Azbekyan
Mortgage Specialist
J.P. Morgan Chase

        RE:    Loan Document # 0083419002
                 115 Lower Churchill Road
                 Washington Depot, Connecticut 06793

Dear Ms. Azbekyan:

This letter is being sent on behalf of my client, J. Marcus Payne, and shall confirm that we are holding the sum of $1,350,000.00 in cleared funds in my firms trust account for Mr. Payne in regard to the purchase of the captioned note/loan document.

Please feel free to contact me should you have any questions concerning the above.

Very Truly Yours,

Leslie Robert Evans

ESTABLISHED IN 1990
214 Brazilian Avenue, Suite 200    Palm Beach, Florida 33480    561-832-8288    561-832-5712
www.LREvansPA.com

JPMC_001082