## Soricelli, Jill

| From: | Dalling, Lori |
|---|---|
| Sent: | Tuesday, May 06, 2014 10:49 AM |
| To: | Soricelli, Jill |
| Cc: | Kevin Casini; Jeffrey T. Beatty |
| Subject: | FW: Laudano-Loan Nos. ▇ and ▇ |
| Importance: | High |
| Attachments: | Payoff proposal 050214.pdf |

Hi Jill
Can you please forward a settlement package to Atty. Beatty regarding the above? We have a sale date scheduled for 06/28/2014.

Thank you!

---

**From:** Jeffrey T. Beatty [mailto:▇]
**Sent:** Tuesday, May 06, 2014 9:54 AM
**To:** Dalling, Lori
**Subject:** Laudano-Loan Nos. ▇ and ▇

Dear Lori,

Attached please find a payoff proposal received by your office from one of Mr. Laudano's attorneys. This offer is for substantially less than our judgment debt of $563,114.83.

Please let me know how you would like to respond. Please contact me with any questions or comments.

Best Regards,

Jeffrey T. Beatty

Beatty & Beatty, LLC



CONFIDENTIALITY NOTICE:

This email and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this emailed information/communication is strictly prohibited. If you have received this email in error, please notify the sender immediately by email at the address above. The transmission of this email is

5/9/2014



## Date Difference Calculator

| Starting Date | Ending Date | # of Days |
|---|---|---|
| 5/6/14 | 6/28/14 | 53 |

WEBSTER_000101

| Loan is <90 days from any Scheduled FC Sale Date OR Lender has not made First Legal Filing in a FC Action | A Scheduled FC Sale or Vesting is Scheduled in the next 45-89 days | A Scheduled FC Sale or Vesting is Scheduled in the next 37-44 days | A Scheduled FC Sale or Vesting is Scheduled in less than 37 days |
|---|---|---|---|
| Borrower is more than 120 days delinquent and the first notice or filing required for the foreclosure process has not been started or hasn't been started. Borrower sends in loss mitigation package or request loan modification at least 90 days prior to foreclosure date if applicable. (If the servicer did not start the foreclosure filing first notice, they may not proceed with the foreclosure process until the loss mitigation is fully reviewed and went through the entire process up to appeal) | Borrower is more than 120 days delinquent and the first notice or filing required for the foreclosure process has been started. Borrower sends in loss mitigation package or request loan modification between 45-90 days prior to foreclosure. | Borrower is more than 120 days delinquent and the first notice or filing required for the foreclosure process has been started. Borrower sends in loss mitigation package or request loan modification between 37-44 prior to foreclosure date. | Borrower is more than 120 days delinquent and the first notice or filing required for the foreclosure process has been started. Borrower sends in loss mitigation package or request loan modification less than 37 days prior to foreclosure |
| | Review the BRP for Missing Documents | §1024.41 (2b)(A)(B) [1] | |
| Must review within 5 days to determine if documents are missing | Must review within 5 days to determine if documents are missing. | Must review within 5 days to determine if documents are missing. | Not required |
| | Notice of Incompleteness | §1024.41 (b)(2)(ii)(A)(B)(C)(D) & §1024.41(c)(i)(ii) [3] | |
| Must send letter of incompleteness to the borrower stating what documents are missing. Must provide borrower with date that documents need to be received by. The date that the borrower must provide the information is the earliest of: <br><br>1.) the date by which any document or information already submitted by a borrower will be considered stale or invalid <br>2.) the date that the is the 120th day of the borrower's delinquency <br>3.) the date that is 90 days before a foreclosure sale <br>4.) that date that is 38 days before a foreclosure sale <br><br>We must also include statement that the borrower should consider contacting servicers of any other mortgage loans secured by the same property to discuss loss mit options. | Must send letter of incompleteness to the borrower stating what documents are missing. Must provide borrower with date that documents need to be received by. The date that the borrower must provide the information is the earliest of <br><br>1.) the date by which any document or information already submitted by a borrower will be considered stale or invalid <br>2) the date that the is the 120th day of the borrower's delinquency <br>3.) the date that is 90 days before a foreclosure sale <br>4.) that date that is 38 days before a foreclosure sale <br><br>We must also include statement that the borrower should consider contacting servicers of any other mortgage loans secured by the same property to discuss loss mit options. | Not required | Not required |
| | Notice of Completeness | (§1024.41 (c)(i)(ii) [2] | |
| Must sent notice to borrower that the application is complete. Loss Mitigation package is complete when all required information that the servicer requires is received | Must sent notice to borrower that the application is complete. Loss Mitigation package is complete when all required information that the servicer requires is received. | Not required | Not required |
| | Review of Loss Mitigation Package | (§1024.41 (c)(i)(ii) | |
| Must review loss mitigation package within 30 days | Must review loss mitigation package within 30 days. | Must review loss mitigation package within 30 days | Not required |
| | Time frames that must be given to the Borrower to Complete the BRP §1024.41 (b)(2)(ii) [3] | | |
| Must be given at least 7 business days or 10 calendars days or: <br>1.) the date by which any document or information already submitted by a borrower will be considered stale or invalid <br>2.) the date that the is the 120th day of the borrower's delinquency <br>3) the date that is 90 days before a foreclosure sale <br>4 ) that date that is 38 days before a foreclosure sale | Must be given at least 7 business days or 10 calendars days or: <br>1.) the date by which any document or information already submitted by a borrower will be considered stale or invalid <br>2.) the date that the is the 120th day of the borrower's delinquency <br>3.) the date that is 90 days before a foreclosure sale <br>4.) that date that is 38 days before a foreclosure sale | Must be given at least 7 business days or 10 calendars days or: <br>1.) the date by which any document or information already submitted by a borrower will be considered stale or invalid <br>2.) the date that the is the 120th day of the borrower's delinquency <br>3.) the date that is 90 days before a foreclosure sale <br>4.) that date that is 38 days before a foreclosure sale | Not required |
| | Adverse Action Letter or Adverse Action with Counter Offer §1024.41(d)(1)(2) | | |
| Must be sent to the borrower within 30 days of the decision | Must be sent to the borrower within 30 days of the decision | Must be sent to the borrower within 30 days of the decision. | Not required |
| | Borrower's "Offer Acceptance" Period | §1024.41(e)(1)(2) [4] | |
| Borrower has 14 days to accept/reject/appeal offer | Borrower has 7 days to accept/reject/ offer | Borrower has 7 days to accept/reject/offer | Not required |
| | §1024.41(e)(iii) & §1024.41 (h)(1)(2)(3)(4) Appeal Process [5] | | |
| Servicer has 30 days to review an appeal. The borrower than has 14 days after the date of the appeal decision notice is sent to the borrower to make their decision. | Not required | Not required | Not required |

(1) Review BRP Packages for Completeness within 5 days unless there is a scheduled FC sale date within the next 37 days. If so, refer to investor guidelines for further information. WB policy is best efforts less than 37 days to a FC Sale
(2) Send a Notice of Completeness or Incompleteness based on Review Results unless the loan is less than 44 days from a Scheduled FC Sale. If so, notice is not required but other action may be needed
(3) Borrower Response Period for INCOMPLETE Packages is 10 calendar days, but may be reduced to the date on which the borrower becomes 120 DPD, a date 90 days before a foreclosure sale or 38 days before a FC Sale or any date on which an items already provided will become stale dated
(4) "OFFER ACCEPTANCE PERIOD" is 14 days for loans more than 90 days from a SCHEDULED FC SALE, 7 Days for loans between 37 and 89 days from a Schedule FC Sale. There is no Offer Acceptance period less than 37 days before a Scheduled FC Sale
(5) A LOSS MITIGATION APPEAL is applicable ONLY to loans where the the property serves as the borrowers (1) PRIMARY RESIDENCE and the (2) FIRST completed BRP was received on or after 1/10/2014

http://moss/sites/credit/ConFin/RR/LM/Checklists and other Job Aids/Loss mitigation- Critical Timeframes Grid  01 10 14.xls        1/10/2014

WEBSTER_000102

May 1, 2014

Beatty & Beatty
25 Boston Street
Guilford, Ct 06437

Attn: Jeffrey Beatty, Esq. and Kevin Casini, Esq.

**Re: Proposal to Dispose of Webster Foreclosure Case**

Dear Attorneys Beatty and Casini:

Attached please find a letter from my attorney, Leslie Robert Evans, confirming that his firm is currently holding $475,000.00 for me and my mother, in escrow, to be used to pay off the Webster Bank mortgage and home equity loan on 179 Parmelee Hill Road in Durham, CT.

I am prepared to make such $475,000.00 payment to Webster Bank, in full satisfaction of said Parmelee Hill Road mortgage, within one week of my receipt of a formal acceptance of this proposal.

If you should have any questions regarding this proposal, please contact my attorney, Paul Farren, Jr., at ■■■■■■■■■■■

Thank you,

Nicholas Laudano

Enclosure



# Leslie Robert Evans
### AND ASSOCIATES, P.A.
- *Counselors at Law* -

April 30, 2014

RE:   **Webster Bank**

To Whom It May Concern:

This is letter is to confirm that our law firm is currently holding $475,000 in cleared funds from Joanne and Nicholas Laudano, which funds are for the payoff of the Webster Bank mortgage on 179 Parmelee Hill Road, Durham, CT 06422.

Should you have any questions regarding the aforesaid, please feel free to contact me.

Very Truly Yours,

Leslie Robert Evans

ESTABLISHED IN 1996
214 Brazilian Avenue, Suite 200    Palm Beach, Florida 33480    T 561-832-8288    f 561-832-5722