# Judges' Information

- Janet Bond Arterton, USDJ
    - Biography
- Victor A. Bolden, USDJ
    - Biography
- Vanessa L. Bryant, USDJ
    - Biography
- Robert N. Chatigny, USDJ
    - Biography
- Alfred V. Covello, USDJ
    - Biography
- Kari A. Dooley, USDJ
    - Biography
- Warren W. Eginton, USDJ
    - Biography
- Holly B. Fitzsimmons, USMJ
    - Biography
- William I. Garfinkel, USMJ
    - Biography
- Charles S. Haight, Jr., USDJ
    - Biography
- Janet C. Hall, USDJ
    - Biography
- Joan G. Margolis, USMJ
- Donna F. Martinez, USMJ
    - Biography
- Sarah A. L. Merriam, USMJ
    - Biography
- Jeffrey Alker Meyer, USDJ
    - Biography
- Robert A. Richardson, USMJ
    - Biography
- Michael P. Shea, USDJ
    - Biography
- Thomas P. Smith, USMJ
- Robert M. Spector, USMJ
    - Biography
- Dominic J. Squatrito, USDJ
    - Biography
- Alvin W. Thompson, USDJ
    - Biography
- Stefan R. Underhill, USDJ
    - Biography