AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>MARIA MATTHEWS<br>aka Mia Matthews<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   3:18-cr-00048-VAB |

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By_____
Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARIA MATTHEWS aka Mia Matthews,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 USC § 7201 and 18 USC § 2 (Tax Evasion)

Date:   08/29/2018

_____
*Issuing officer's signature*

City and state:   New Haven, Connecticut

A. Caffrey, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/2018, and the person was arrested on *(date)* 9/4/18
at *(city and state)* NH, CT

Date: 11/18/2020

_____
*Arresting officer's signature*

Matt Duffy, SDUSM
*Printed name and title*

NOV 20 2020 AM 9:14
FILED-USDC-CT-NEW HAVEN