UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA MATTHEWS,<br><br>    Defendant | Case No.: 3:18-cr-00048 (VAB)<br><br><br><br><br><br>April 30, 2025 |

### MOTION (UNOPPPOSED) TO MODIFY CONDITIONS OF RELEASE AND FOR PERMISSION TO RENEW DEFENDANT'S UNITED STATES PASSPORT

The defendant, Maria Matthews, respectfully moves for an Order permitting the undersigned to return Ms. Matthews's passport to her for purposes of renewal and modifying the conditions of her release to allow Ms. Matthews to travel outside the continental United States from July 20, 2025 through July 30, 2025 to attend a wedding in Oxfordshire, England, with prior notification to and approval by the United States Probation Office. In support of this motion, counsel for Ms. Matthews represent as follows:

1. On April 25, 2019, Ms. Matthews pleaded guilty to Count Twenty-One of the Superseding Indictment in the above-captioned case.

2. At the conclusion of the guilty plea proceedings, this Court granted Ms. Matthews's motion to continue bond. (ECF No. No. 96).

3. On October 23, 2019, Ms. Matthews requested that the conditions of her release be modified to allow her to travel anywhere within the continental United States with prior notice to and approval by the United States Probation Office. On October 25, 2019, the Court granted Ms. Matthews's motion to modify her conditions of release (ECF No. 134). Since that time, Ms.

1

Matthews has remained in all ways compliant with her conditions of release. Ms. Matthews is scheduled to appear for sentencing on June 5, 2025.

4. In order to provide the Court with sufficient notice and for Ms. Matthews to arrange her travel plans, Ms. Matthews respectfully requests permission in advance of her sentencing to travel between July 20, 2025 and July 30, 2025 to attend a wedding in Oxfordshire, England.

5. In addition, Ms. Matthews's current passport expires on August 23, 2025. While the United Kingdom does not appear to require that a traveler's passport have validity for at least six months beyond the dates of the trip, out of an abundance of caution, Ms. Matthews respectfully requests permission to renew her United States passport in order to ensure that she is not denied entry to the U.K. *See* Frequently Asked Questions, U.S. Department of State – Bureau of Consular Affairs, https://travel.state.gov/content/travel/en/passports/passport-help/faqs.html (noting that some airlines will not permit passengers to board if the passport is not valid beyond six months of the trip). The passport is currently in the possession of the undersigned counsel, and so Ms. Matthews requests permission for the undersigned to return the passport for the purposes of renewing it and for the purposes of traveling.

6. The undersigned counsel has corresponded with government counsel (John Pierpont) and understands that the government has no objection to this request.

7. The undersigned counsel has corresponded with Steffi Jean-Jacques, Ms. Matthew's Probation Officer in the Southern District of Florida, who has relayed that she, as well as Pretrial Services in the District of Connecticut, have no objection to this travel request. Officer Jean-Jacques has requested that Ms. Matthews's passport be returned to the undersigned counsel within 24 hours after it is renewed, and that it then be provided to Ms. Matthews for her travel 48 hours prior to her trip, and returned to the undersigned 24 hours after her return.

WHEREFORE, the defendant, Maria Matthews, respectfully requests that the Court issue an Order permitting the undersigned to return Ms. Matthews's passport to her for purposes of renewal, and further modifying Ms. Matthews's conditions of release to allow her to travel outside the continental United States between July 20, 2025 and July 30, 2025 to attend a wedding in Oxfordshire, England, with prior notice to and approval by the United States Probation Office.

        Respectfully requested,

        DEFENDANT
        MARIA MATTHEWS

By: */s/ Brian E. Spears*
     Brian E. Spears
     Federal Bar No. ct14240
     Leslie A. Cahill
     Federal Bar No. ct31242
     SPEARS MANNING & MARTINI LLC
     2425 Post Road, Suite 203
     Southport, CT  06890
     Telephone:  (203) 292-9766
     Facsimile:  (203) 292-9682
     Email:  bspears@spearsmanning.com
            lcahill@spearsmanning.com

## **CERTIFICATION**

I hereby certify that on April 30, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*
Brian E. Spears