UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA MATTHEWS,<br><br>            Defendant. | Case No.: 3:18-CR-00048 (VAB)<br><br><br>June 3, 2025 |

**DEFENDANT MARIA MATTHEWS'S**
**SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

    In connection with her sentencing scheduled for June 5, 2025, defendant Maria Matthews respectfully submits a letter which she wrote to the Court and which is attached hereto as Exhibit 1 as a supplement to her Memorandum in Aid of Sentencing. (ECF No. 261.)

                              DEFENDANT
                              MARIA MATTHEWS

                By:  /s/ *Brian E. Spears*
                        Brian E. Spears
                        Federal Bar No. ct14240
                        SPEARS MANNING & MARTINI
                        2425 Post Road, Suite 203
                        Southport, CT  06890
                        Telephone:  (203) 292-9766
                        Facsimile:  (203) 292-9682
                        Email:  bspears@spearsmanning.com

## **CERTIFICATION**

I hereby certify that on June 3, 2025, a copy of the foregoing was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Brian E. Spears*
     Brian E. Spears