# EXHIBIT 1

Hon. Victor A. Bolden
United States District Judge
United States District Court
141 Church Street
New Haven, Connecticut 06510

Dear Judge Bolden,

I would like to begin by apologizing first to the Court. I am truly sorry for the role that I played in helping my ex-husband to evade taxes. I was raised better. I should have known better. The pain that my ignorance has caused my family is unimaginable. This has all been so unfair to the innocent people that have been affected by my actions. I have had many years to reflect on this unfortunate chapter in my life, and it continues to cause me great pain.

My heartfelt apologies also go to my parents. My beautiful parents, ages 92 and 89, have suffered so much in these last years watching their "baby" throughout this nightmare and witnessing the toll it has taken on their granddaughters. They did not deserve this heartache, and my heart aches for the pain I have caused them.

To my daughters, Bianca and Miranda, I owe them the deepest apology of all. This whole ordeal has been a nightmare for them, and yet they did absolutely nothing to deserve the pain and disruption that they have endured. That is the absolute hardest part of all of this for me. I've never had a big high powered job or impressive resume. I had one important job to do- to care for and protect my children. I failed at that. Because of choices I made, they were robbed of a happy adolescence. They lived in fear with a lack of stability and security.

Honesty and decency are values that I cherish. I have always wanted to be the best possible role model for my daughters and to demonstrate the importance of high moral and ethical standards. Nothing is more important in my life than being there for them and guiding them toward an honest and fulfilling life. Words cannot describe the pain that it causes me to think that I may have betrayed their trust by failing to set a good example. I pray that, over the last years, my response to adversity can, in some way, restore Bianca and Miranda's faith in me.

This case has shaken me to my core, but I'm determined to continue to learn, grow and become a better person.

I want the Court to know that I have learned from my mistakes. This experience has profoundly changed me and set me on the path of making many positive changes to my life. I divorced Bob, gained independence, learned to avoid codependent relationships, and surrounded myself with people of integrity. I have eliminated negative influences from my life. While this case has certainly placed an extraordinary strain on my family and on me, it ultimately pushed me to make the changes I needed to live a healthier life.

Thank you, Your Honor, for taking the time to consider my circumstances. I am deeply sorry, and I assure you that this does not reflect who I truly am. I have learned from my poor choices and I am committed- today and every day going forward- to living a life defined by integrity and accountability. I will live each day in a way my daughters, Miranda and Bianca, can be proud of.

Respectfully,

Mia Matthews